UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

ALEKSEY TOVARIAN,

      Plaintiff,

                                     Case No.

 v.

KATERYNA PANOVA, *et ano*.,

      Defendants.

_____/

**EXHIBIT A TO NOTICE OF REMOVAL**

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>NINETEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MARTIN</u>   COUNTY, FLORIDA

<u>Aleksey Tovarian</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>Kateryna Panova</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

### III.    TYPE OF CASE    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☒ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**      **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.**      **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   <u>5</u>

**VI.**      **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**      **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**      **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.**      **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Maurice Arcadier</u>        Fla. Bar # <u>131180</u>
         Attorney or party               (Bar # if attorney)

<u>Maurice Arcadier    </u>          <u>12/12/2023</u>
  (type or print name)            Date

IN THE CIRCUIT COURT FOR THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY FLORIDA

ALEKSEY TOVARIAN,
     Plaintiff,                             Case No.:

v.

KATERYNA PANOVA, Individually,
RUBIC, LLC, and JOHN DOE
     Defendants.
_____/

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

The Plaintiff, ALEKSEY TOVARIAN, by and through the undersigned attorney files this Complaint against the Defendants, KATERYNA PANOVA, (hereinafter "PANOVA") RUBIC, LLC and JOHN DOE  (collectively "DEFENDANTS") and alleges the following:

1. This is a Complaint seeking damages above $50,000.00 and injunctive relief.

2. The PLAINTIFF is a California Resident.

3. PLAINTIFF is a licensed California Attorney in good standing with the California Bar.

4. The Defendant, KATERYNA PANOVA is a resident of and damaged the Plaintiff in Martin County, Florida.

5. The Defendant, RUBIC, LLC is Florida Limtied liability Company doing business in Florida.

6.  At all times, material hereto, the Defendant JOHN DOE, has been an individual who has both administered and generated false content relating to PLAINTIFF.  At present, the identity of JOHN DOE is unknown; however, these pleadings will be amended once his or her name is learned through the discovery process.

7.  The DEFENDANTS have defamed PLAINTIFF in an online article accusing and falsely stating that PLAINTIFF is engaged in kickbacks from TeachBK for alleged clients which TeachBK allegedly refers.  (See Exhibit A).

8.  These statements were published by PANOVA on RUBIC, LLC for the public to see. The location of the article is at: https://rubic.us/otzyvy-o-teachbk-moshenniki-prodayut-kradennye-mashiny-shantazhiruyut/.

9.  These statements are false because the DEFENDANTS wrongly suggests that the PLAINTIFF is in violation of law and engaged in unethical conduct.

10. The article was published on or about June 20, 2023. Every day the article is republished it continues to cause harm.

11. Defendants PANOVA and RUBIC, LLC are bloggers and are considered Media pursuant to law.

12. PLAINTIFF is a private citizen and has not taken on the role of a public official and/or public figure.

13. The statements are clearly made in an attempt to paint PLAINTIFF in a false light such that readers are led to believe that he is an unethical attorney.

14. The allegations and insinuations that PLAINTIFF is engaged in kickbacks is both fallacious and demonstrably inaccurate.

15. These false statements were made intentionally and with malice by the DEFENDANTS to damage the PLAINTIFF.

16. The purpose of DEFENDANTS to defame PLAINTIFF is malicious and made for pecuniary gain.

17. The statements levied against PLAINTIFF give rise to claims for: (a) defamation; (b) defamation per se, and (c) defamation by implication.

18. The Article published by PANOVA intended to reach views World Wide, including Martin County.

19. PLAINTIFF'S clients reside in the United States. In additionally, PLAINTIFF is a licensed attorney specializing in immigration law and has clients throughout the world.

20. DEFENDANTS' false publication is in the Russian language, intending to target PLAINTIFF'S Russian and Eastern European clientele to hinder PLAINTIFF'S ability to market his services to Russian speaking clients and potential clients.

21. A primary source of PLAINTIFF'S income as a professional derives from Russian speaking clientele.

22. Plaintiff has complied with all conditions precedent including providing a retraction opportunity pursuant to Fla Stat. § 772.11.

## <u>COUNT I DEFAMATION</u> (Against Kateryna Panova)

23. Plaintiff realleges paragraphs 1-22 as if fully set forth herein.

24. PANOVA, has defamed the PLAINTIFF in an online article accusing and falsely stating that PLAINTIFF is engaged in kickbacks with TeachBK for alleged clients which TeachBK allegedly refers.  (See Exhibit A).

25. The following libelous statement made in Exhibit A are false including but not limited to:

"TeachBK offers immigration advice, a guarantor in the US for money, sells cars to refugees in Mexico (to cross the US border - was relevant before the advent of the CBP One app), visa assistance, and they also send immigrants to **ONE** immigration lawyer, for which [PLAINTIFF] received a percentage."

26. These statements published by PANOVA was intended to reach views World Wide, including Martin County.

27. These statements are false because PANOVA wrongly suggests that the PLAINTIFF is in violation of law and the ethical requirements of the California Bar.

28. The false allegation that Plaintiff is receiving kickbacks from other sources, if true, would be a direct violation of Plaintiff's law license. In particular, California ethics rule 8.4(c). Moreover,1.8.6 which states: "A lawyer shall not enter into an agreement for, charge, or accept compensation for representing a client from one other than the client."

29. DEFENDANTS' false publication is in the Russian language, intending to target PLAINTIFF'S Russian and Eastern European clientele to hinder PLAINTIFF'S ability to market his services to Russian speaking clients and potential clients. (See Attached Exhibit A)

30. A primary source of PLAINTIFF'S income as a professional derives from Russian speaking clientele.

31. PLAINTIFF'S clients reside in the United States and in the World. PLAINTIFF is an attorney specializing in immigration law and has clients throughout the world.

32. In Florida, defamation is an illegal act under Florida Statute 836.01 punishable as a first-degree misdemeanor pursuant to Florida Statute 775.082.

33. These false statements were made intentionally and with malice by PANOVA to damage the PLAINTIFF.

34. PLAINTIFF'S professional reputation has been damaged.

WHEREFORE, Plaintiff prays for judgment against Defendant, as follows:

    a) Damages for defamation;

    b) Injunctive Relief;

    c) Punitive Relief;

    d) Such other relief as the Court deems just and equitable.

## <u>COUNT II DEFAMATION PER SE</u><br><u>(Against Kateryna Panova)</u>

35. Plaintiff realleges paragraphs 1-22 as if fully set forth herein.

36. The false statement, made by PANOVA, attacks PLAINTIFF as an attorney because it would be illegal for an attorney to pay kickbacks to non-attorneys for receiving a referral.

37. PANOVA's false publication is in the Russian language, intending to target PLAINTIFF'S Russian and Eastern European clientele to hinder PLAINTIFF'S ability to market his services to Russian speaking clients and potential clients.

38. A primary source of PLAINTIFF'S income as a professional derives from Russian speaking clientele.

39. The statements made by PANOVA (Exhibit A) are so injurious to the reputation of the PLAINTIFF that damages and malice are presumed to exist as a matter of law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant, as follows:

a) Damages for defamation;

b) Injunctive Relief;

c) Punitive Relief;

d) Such other relief as the Court deems just and equitable

## COUNT III DEFAMATION (Against Rubic LLC )

40. Plaintiff realleges paragraphs 1-22 as if fully set forth herein.

41. RUBIC, LLC has defamed PLAINTIFF in an online article accusing and falsely stating that PLAINTIFF is paying kickbacks to  TeachBK for alleged clients which TeachBK allegedly refers.  (See Exhibit A).

42. The following libelous statement made in Exhibit A are false including but not limited to:

"TeachBK offers immigration advice, a guarantor in the US for money, sells cars to refugees in Mexico (to cross the US border - was relevant before the advent of the CBP One app), visa assistance, and they also send immigrants to **ONE** immigration lawyer, for which they receive a percentage."

43. These statements published by RUBIC, LLC was intended to reach views World Wide, including Martin County.

44. These statements are false because RUBLIC, LLC wrongly suggests that the PLAINTIFF is in violation of law and the ethical requirements of the California Bar.

45. The false allegation that Plaintiff is receiving kickbacks from other sources, if true, would be a direct violation of Plaintiff's law license. In particular, California ethics rule 8.4(c) and 1.8.6 which states: "A lawyer shall not enter into an agreement for, charge, or accept compensation for representing a client from one other than the client."

46. RUBIC, LLC's false publication is in the Russian language, intending to target PLAINTIFF'S Russian and Eastern European clientele to hinder PLAINTIFF'S ability to market his services to Russian speaking clients and potential clients.

47. A primary source of PLAINTIFF'S income as a professional derives from Russian speaking clientele.

48. PLAINTIFF'S clients reside in the United States and in the World. PLAINTIFF is an attorney specializing in immigration law and has clients throughout the world.

49. In Florida, defamation is an illegal act under Florida Statute 836.01 punishable as a first-degree misdemeanor pursuant to Florida Statute 775.082.

50. These false statements were made intentionally and with malice by RUBIC, LLC to damage the PLAINTIFF.

51. PLAINTIFF'S reputation has been damaged.

WHEREFORE, Plaintiff prays for judgment against Defendant, as follows:

a) Damages for defamation;

b) Injunctive Relief;

c) Punitive Relief;

d) Such other relief as the Court deems just and equitable.

## COUNT IV DEFAMATION PER SE
## (Against Rubic, LLC)

52. Plaintiff realleges paragraphs 1-22 as if fully set forth herein.

53. The false statement, published on RUBIC LLC, attacks PLAINTIFF as an attorney because it would be illegal for an attorney to pay kickbacks to non-attorneys for receiving a referral.

54. PANOVA's false publication is in the Russian language, intending to target PLAINTIFF'S Russian and Eastern European clientele to hinder PLAINTIFF'S ability to market his services to Russian speaking clients and potential clients.

55. A primary source of PLAINTIFF'S income as a professional derives from Russian speaking clientele.

56. The statements made by RUBIC, LLC (Exhibit A) are so injurious to the reputation of the PLAINTIFF that damages and malice are presumed to exist as a matter of law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant, as follows:

a) Damages for defamation;

b) Injunctive Relief;

c) Punitive Relief;

d) Such other relief as the Court deems just and equitable.

## COUNT V- PURE BILL OF DISCOVERY
### (Against John Doe)

57. Plaintiff realleges paragraphs 1-22 as if fully set forth herein.

58. The Defendant, JOHN DOE, is an individual that created, facilitated administered and generated false information relating to PLAINTIFF. The majority of the content in which JOHN DOE uses cherry-picked facts to insinuate and/or outright claims that PLAINTIFF has engaged in kickbacks.

59. The allegations and insinuations that PLAINTIFF is engaged in kickbacks is both fallacious and demonstrably inaccurate.

60. In or about August 2023, PANOVO and RUBIC, LLC received a retraction demand letter to take the false information down.

61. After receiving the retraction letter in September 2023, PANOVA, called up PLAINTIFF stating that she was not going to take the article down because she is relying on an anonymous source. PANOVA refused to provide the anonymous source.

62. Therefore, the PLAINTIFF seeks relief in the form of discovery to obtain facts within the DEFENDANTS' possession. Specifically, this Pure Bill of Discovery is sought to obtain the name and address of the specific individual, or individuals, that: (1)made the libelous statement; (2) facilitated, administrated and curated the content in the article; (3) generated content relied upon by KATERYNA PANOVA and (4) specifically generated content with regard to the post, or posts, concerning PLAINTIFF.

63. This Pure Bill of Discovery is necessary in order to identify one or more DEFENDANTS such that any action filed will be based upon good-faith knowledge on the part of the PLAINTIFF and his counsel. Furthermore,

this information which is in the DEFENDANTS' possession will aid the PLAINTIFF in the prosecution of a claim against the wrongdoer.

64. The PLAINTIFF has a right to the requested discovery because without it PLAINTIFF is unable to:

    a. Identify the person or persons responsible for the libelous statements;

    b. Pursue a claim for defamation against the correct wrongdoer(s).

65. The discovery sought in this Pure Bill of Discovery relates directly to PLAINTIFF.

66. The requested discovery sought through this Pure Bill of Discovery is material and necessary to PLAINTIFF'S claim and any future litigation wherein PLAINTIFF will seek damages and restitution.

**WHEREFORE,** the PLAINTIFF respectfully request that this Court enter an order granting the Pure Bill of Discovery and further ordering that the DEFENDANTS produce the name, address and telephone number of the specific individual or individuals who face facilitated, administrated and generated the contents for the article published on RUBIC, LLC.  PLAINTIFF additionally request any other relief to which this Court feels PLAINTIFF may be entitled to through this petition for Pure Bill of Discovery.

DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues herein triable by jury.

DATED this 12th day of December 2023.

ARCADIER, BIGGIE, AND WOOD, PLLC

/s/ Maurice Arcadier, Esquire
Maurice Arcadier, Esquire
Florida Bar No. 0131180
Attorney for Plaintiff
2815 W. New Haven, #304
Melbourne, Florida 32904
Phone: (321) 953-5998
Fax: (321) 953-6075
Email: Office@ABWlegal.com
Arcadier@ABWlegal.com

EXHIBIT A



 ПОДПИСАТЬСЯ

Главная  >  Иммиграция  >  Отзывы о TeachBK: мошенники, продают кра ...

**НАТА ПОЛЫНКОВА   20 ИЮНЯ 2023**

# Отзывы о TeachBK: мошенники, продают краденые машины, шантажируют



TeachBK обещает помощь в иммиграции, но многие их клиенты жалуются на мошеннические методы работы. Изображение: Рубик

Иммигранты в США – это золотая жила для мошенников. Они выкачивают деньги из людей, которые часто не знают английского и не понимают, как все работает в Америке. Мошенники часто имеют раскрученные блоги и чаты, снимают много видео. И обещают беспрепятственный и гарантированный "проход в США", поручителей, нанятых за деньги, и подгоняют опытного "иммиграционного адвоката". В результате иммигранты остаются без денег, легальных путей иммиграции и на заметке у правоохранительных органов.

«Рубик» уже рассказывал о компаниях-помогаторах, которые работают явно

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

– россияне Андрей Бурцев и Илья Киселев. С их слов, они недавно бежали из России, просили убежище на границе США с Мексикой и ждут собеседования (то есть формально находятся в депортационной процессе).

←                          Реклама от Google

    Не показывать это объявление        Почему это объявление? ⓘ

*Но отсутствие легального статуса в США и слабое знание языка не мешают российским беженцам учить других, как переехать в Америку.*

TeachBK предлагает иммиграционные консультации, поручителя в США за деньги, продает машины беженцам в Мексике (для пересечения границы США – было актуально до появления приложения CBP One), визовую помощь, а также они оправляют иммигрантов к ОДНОМУ иммиграционному адвокату, за что получают процент.

Илья и Андрей принимают оплату наличными через анонимных посредников в Мексике, а также на счета в российских банках (которые под санкциями в США).

*Абсолютно все перечисленное не только неэтично, но и нелегально.*

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

лицензированные адвокаты, поручители должны лично знать иммигранта (а не предлагать эту услугу за деньги незнакомцам), покупать машины без документов нельзя, а также адвокаты не имеют права платить за клиентов посредникам с российскими карточками.

←                        Реклама от Google

Не показывать это объявление    Почему это объявление? ⓘ

Как нам рассказали жертвы TeachBK, им и в голову не приходило, что они обращаются к мошенникам, так как они видели большое количество подписчиков на их ютуб- и телеграм-каналах, и не видели никаких негативных отзывов. Уже отдав мошенникам деньги, иммигранты начали понимать, что TeachBK используют ботофермы и фейковые профили, чтобы усилить тревожность потенциальных клиентов и подтолкнуть их к покупке (мол на границе США и Мексики очень опасно, поэтому если не купите услуги TeachBK, вас арестуют, остановят, ограбят). Также многие нам рассказали, что их негативные отзывы стираются, профили блокируются (вот откуда только позитивные отзывы).

## TeachBK развели Алину на $7000

В редакцию «Рубика» пришло письмо от Татьяны, матери иммигрантки Алины, которая приехала в США в январе этого года с мужем и трехлетним ребенком, и имела неосторожность купить машину через TeachBK в Мексике. Машина оказалась с фейковыми документами, вероятней всего, краденой.

_«Моя дочь купила машину у компании TeachBK. Машина оказалась в очень_

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

12/12/23, 10:16 AM
Отзывы о TeachВК: мошенники продают краденые машины, шантажируют. Rubic.us
Case 2:24-cv-14037-XXXX    Document 1-2    Entered on FLSD Docket 02/09/2024    Page 22 of 54

*попыталась поставить машину на учет. Но документы на машину оказались нелегальные»*, – рассказывает Татьяна Бутман.



Иммигранты покупали машину через Илью Киселева. Фото: скриншот

"Мы смотрели много каналов по иммиграции, больше всего у нас вызвал доверие TeachВК, потому что они самые большие и не было негативных отзывов. Как позже мы выяснили, мы просто очень плохо искали. Нужно понимать состояние людей, которые находятся в Мексике. Абсолютно тоннельное зрение. И нужно найти хоть какую-то зацепку, кому можно верить, и к кому обратиться за помощью", – объясняет ее дочь Алина.

Найдя в социальных сетях рекламу о продаже машин для пересекающих границу с Мексикой, с уверениями, что все машины проверяются, и их можно поставить на учет в любом DMB (отделении транспортной службы) в Штатах, Алина, дочь Татьяны, обратилась к

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

12/12/23, 10:19 AM
Отзывы о TeachBK: мошенники, продают краденые машины, шантажируют - Rubic.us
Case 2:24-cv-14037-XXXX   Document 1-2   Entered on FLSD Docket 02/09/2024   Page 23 of 54



Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

12/12/23, 10:18 AM
Case 2:24-cv-14037-XXXX   Document 1-2   Entered on FLSD Docket 02/09/2024   Page 24 of 54
Отзывы о TeachВК: мошенники, продают краденые машины, шантажируют - Rubic.us

Рекламу о продаже машин с лого TeachВК до сих пор можно найти в социальных сетях. Внизу – мелкими буквами – предупреждение, что они не несут никакой ответственности. Фото: соцсети

"Я связалась напрямую с владельцем этого чата, с Ильей, озвучила свои потребности… меня уверили в том, что проблем при постановке на учет не будет", – рассказывает непосредственная участница этой истории Алина.

Машина, Ford Escape 2000 года, обошлась иммигрантам в $5000, которые они заплатили в Мексике поставщику наличными, плюс еще более 2000 – страховка, замена масла и охладительной жидкости, ремонты по дороге из Калифорнии в Майами. Позже Алина с мужем подсчитали, что авто в таком состоянии стоят в два раза дешевле.



Эту машину иммигранты купили, обратившись к TeachВК

А когда они попытались поставить авто на учет по месту своего нового проживания – начался настоящий квест. Они ездили из одного DMV в другое, выстаивали многочасовые очереди, и им везде отказывали, указывая на проблемы с документами.

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

*"На всех баннерах стоит знак качества TeachBK"*

---

«Рубик» записал интервью с героиней этой истории Алиной Бутман, которая до сих пор хранит купленную при помощи TeachBK машину, как сувенир. Ездить нельзя, на учет не ставят.

Свою историю Алина опубликовала на Телеграмм-канале Teach BK, но позже не только ее и ее маму, а и также всех, кто поставил лайки под ее историей, удалили из чата и заблокировали. С ними перестали выходить на связь. А после попросили еще $1 200 за то, чтобы оформить "чистые" документы…



Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

12/12/23, 10:16 AM
Отзывы о TeachBK: мошенники, продают краденые машины, шантажируют — Rubic.us
Case 2:24-cv-14037-XXXX   Document 1-2   Entered on FLSD Docket 02/09/2024   Page 26 of 54

несколько семей пострадавших. Не только из-за машин. Люди пострадали из-за адвокатских услуг, предоставления поручителя в бордере. Есть семьи, которые готовы подать в суд", – говорит иммигрантка.

## Пострадавших много

Когда наши герои стали изучать репутацию компании-помогатора, оказалось, что их случай далеко не единичный.



В социальных сетях пострадавшие делятся своим опытом. Фото: скриншот

«Вы не одни такие. Нам они продали машину без катализатора, которую теперь не поставить на учет! 6 тысяч долларов на ветер! Нам сказали, что они просто рекламодатели… мы с мужем им пишем, но они блокируют нас и удаляют все сообщения в чате! Шарагина контора!», – написала в переписке нашим героям одна из пострадавших.

«… Шайка из TeachBK зарабатывает деньги на том, что продает людям машины за дорого, с огромной наценкой, мол у других не покупайте, у них небезопасно, они в сговоре с мексиканской полицией… Если вы решили переезжать на машине, то никогда не отдавайте тупо деньги, не разузнав цены! Они продают вам эти машины, вы их оставляете после

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

> Здравствуйте, вы не одни такие! Нам они продали машину без катализатора, которую теперь не поставить на учет! 6 тысяч дол на ветер! Нам сказали, что они просто рекламодатели.. мы с мужем им пишем, но они блокируют нас и удаляют все сообщения в чате! Шарагина контора..
>
> 01:30

Фото: скриншот

Еще один парень, его зовут Юрий, уже в **Ютубе рассказал**, как его «развели» на $7 000. У иммигранта не было поручителя. Некий Рустам в группе TeachBK предложил помощь. Цену назвали – $700, и платить нужно было уже после пересечения границы.

Но когда в детеншне госслужба предложила заплатить залог – $3000, поручитель за свои услуги попросил еще $4000. И что было дальше? После перечисления денег поручитель пропал, а посредник перестал отвечать на сообщения. Парень 20 дней провел в детеншне.

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

Реклама от Google

Не показывать это объявление        Почему это объявление? ⓘ

Пострадавший написал о своем негативном опыте в группу TeachBK. Но его сообщение удалили, а контакт заблокировали.

*«Рубик» связался с автором видео, и он готов дать интервью.*

## Где находится TeachBK?

Итак, на сайте TeachBK.com нет никаких упоминаний о том, что это компания, зарегистрированная в США. Там висит только копия какого-то сертификата от польской компании, что они вместе с TeachBK делают "рекрутинг абитуриентов в учебные заведения ЕС, Великобритании и США" и проводят "крупные научные выставки в сфере IT на базе Россотрудничества РФ" (орган исполнительной власти Российской федерации, который находится под международными санкциями). Как и почему Илья и Андрей, беженцы из России, могут сотрудничать с российской властью, которая их преследовала, не совсем понятно. Однако это не единственная связь основателей TeachBK с Кремлем (о чем у нас будет отдельный раздел).

*Клиенты рассказывают: расчеты с компанией производятся по карте*

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК

12/12/23, 10:15 AM
Отзывы о TeachBK: мошенники, продают краденные машины, шантажируют | Rubic.us
Case 2:24-cv-14037-XXXX   Document 1-2   Entered on FLSD Docket 02/09/2024   Page 29 of 54

На сайте также значится некий адрес: 1025 E HALLANDALE BEACH BLVD. Это одноэтажный торговый центр с парикмахерскими и мебелью в городе Халланейл во Флориде (он соседствует с легендарным "русским" Санни Айлз Бич, и там живут люди попроще, чем на Санни Айлз). По этому адресу, конечно же, нет никакого офиса TeachBK, там нет их вывески, не сидят там Андрей Бурцев и Илья Кисилев, оказывая нелегальные услуги иммигрантам. Однако адреса для регистрации бизнеса можно купить онлайн ровно по этому адресу за $9.99 через, например, **вот этот сервис.**



По этому адресу зарегистрирована TeachBK.

Это нас натолкнуло на мысль, что Андрей Бурцев и Илья Кисилев все-таки оформили какую-то компанию во Флориде. Поиск в регистраторе во Флориде выдал нам свежеоткрытую в феврале 2023 года корпорацию TeachBK Inc. Учредители – Андрей и Илья, адрес обоих значится: 707 Continental Cir, Mountain View, CA 94040.

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК

Подробнее

---

*Ну и, возможно, российские беженцы таки могут себе позволить жить в одном из самых дорогих городов в США, потому как они очень, очень хорошо зарабатывают.*

---

Судите сами, вот сколько разнообразных услуг оказывает TeachВК (и за все получает деньги в рублях, минуя санкции и налогообложение в США):

TeachВК Visa Moscow

TeachВК Mexico USA

TeachВК Иммиграция в США

TeachВК Автосалон США

TeachВК Черный список по иммиграции

TeachВК США Первые шаги. Работа. Недвижимость.

TeachВК Перевозка животных из России в США

TeachВК Медицина

TeachВК Психологическая помощь

TeachВК Жди меня

TeachВК Проверь мошенника

TeachВК UK United Kingdom

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК

Обратите внимание, они даже создали канал «Проверь мошенника», где собирают информацию о всех «разводах». Часто в списки мошенников попадают конкуренты и недовольные клиенты. А все негативные отзывы в отношении TeachВК тут же блокируются.

## Что не так с TeachВК



TeachВК обещают иммигрантам помощь и поддержку во всем, на деле клиенты жалуются, что они не несут ответственности за услуги, которые предлагают. Изображение: Рубик

Ранее "Рубик" уже сталкивался с этой компанией, когда **арестовали мошенников с кучей наличных на мексиканской границе.** По нашей информации, супруги Мякотины были связаны с двумя проектами посредников в телеграме – "Teach ВК" и "Мост в США". Правда, в компании заявили, что не имеют никакого отношения к "Мосту".

Про огромные объемы торговли машинами (как стало известно – по завышенным вдвое ценам и без оформленных документов), поведал нашей героине Алине поставщик, работающий с TeachВК: иногда в день он подгоняет до 30 машин по заявкам именно этой компании.

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

Подробнее

К тому же, TeachBK находит потенциальным иммигрантам поручителей в Америке, которым требуется платить за услуги поручительства. Не афишируя эту услугу, так как это – тоже обман американских властей.

Реклама адвокатов-волшебников, которые гарантируют, что человек не попадет в иммиграционную тюрьму – тоже чаще всего «развод». Адвокаты редко могут как-то повлиять на алгоритм действий иммиграционной службы. Решение пропустить или нет кого-то к границе, посадить или выпустить сразу – принимают американские пограничники. Никакие "помогаторы" и даже адвокаты не могут на это повлиять.

В распоряжение «Рубика» попала аудиозапись телефонного разговора, на которой основатель компании Илья Киселев рассказывает, как устроен его бизнес.

*«С каждой консультации идет денежка. 200 долларов – консультация, 50 долларов – нам. Потом подключается адвокат. Мы пропускаем людей через себя, адвоката мы контролируем. Адвокат «отслюнявливает» нам какой-то процент за то, что он получил клиентов. И таким образом монетизируется вся дорога. Сначала – за консультации, потом – адвокатам, потом, возможно, консультации по адаптации – у нас тоже такие есть. Таким образом мы создаем сервис… целая ветка идет»,* – рассказывает Илья Киселев своему собеседнику.

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК

возникают проблемы – клиенты узнают, что "Teach ВК" – лишь посредник и ни за что ответственности не несет. А кто несет – неизвестно.

## Почему иммигранты ведутся на TeachBK

Алина Бутман обратилась к этой компании, так как с ними сотрудничает гражданин США лицензированный адвокат Алексей Товарян. Она была уверена, что адвокат не будет рисковать ни своей лицензией, ни репутацией.

Другой пострадавший тоже говорит, что больше месяца штудировал многочисленные каналы TeachBK. И именно видео-консультации адвоката его подкупили.

В телеграм-каналах Киселев прямым текстом рекламирует услуги адвокатов по помощи выхода из детеншен.

---

*«У нас есть русскоязычные адвокаты по работе с людьми, застрявшими в детеншне. Вытаскивают – 100%. Своими глазами видели. Видели, как работают люди. Поэтому, если кому-то нужны адвокаты, которые специализируются именно на детеншн – пишите нам в личку, пишите лично мне – я вас сведу с этими адвокатами», – говорит Киселев.*

---

Фамилия не называется. Но судя по информации в открытом доступе, русскоязычный адвокат Алексей Товарян более 2-х лет сотрудничает с компанией TeachBK. Записывает видео для их канала «Иммиграция US» на YouTube, выступает часами в прямых трансляциях, снимает короткие ролики, дает консультации и рекомендации. И располагает людей доверять компании.

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

12/12/23, 10:16 AM     Отзывы о TeachBK: мошенники продают краденные машин...

Case 2:24-cv-14037-XXXX    Document 1-2   Entered on FLSD Docket 02/09/2024    Page 34 of 54



Адвокат Товарян публично выступает под брендом TeachBK.   Фото: скриншот

Какие отношения у Товаряна с этой компанией? Мы точно не знаем. Он не ответил на запрос Рубика. По нашей информации он получал сообщения от пострадавших от действий Teach BK.

Эту переписку с Товаряном предоставил «Рубику» один из клиентов.



20:26

Да я их так же уведомил. Но вы фигурируете их партнёром, поэтому решил вас известить так же.



Aleksey, 20:27     ☺

если вы подадите в суд иск, разумеется, я отвечу вам и, помимо всего прочего, вы заплатите за все издержки и адвокатские в том числе согласно article 128.5 of the Code of Civil Procedure за дачу

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

Case 2:24-cv-14037-XXXX    Document 1-2    Entered on FLSD Docket 02/09/2024    Page 35 of 54

«Рубик» также отправил TeachВК запрос на комментарии. Илья Киселев прислал ссылку на **видео**, записанное несколько месяцев назад в ответ на упоминание компании в одной из статей «Рубика». На видео Киселев вместе с Бурцевым рассказали, что весь негатив о них – клевета. При этом грозились нашей редакции судом и требовали публичных извинений. И не привели ни одного доказательства, чтобы развенчать упреки в адрес компании.

← Реклама от Google

Не показывать это объявление    Почему это объявление? ⓘ

Компания очень болезненно реагирует на любую публичную критику – об этом рассказывают все пострадавшие. Вот только кроме угроз, блокирования контактов и истерик на Ютубе – никаких весомых аргументов в ответ на критику основатели Teach ВК не приводят.

## Кто такие основатели TeachВК



Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

Основатели компании – Илья Киселев и Андрей Бурцев – 5 лет убеждают клиентов, что помогут иммигрировать другим, и в их арсенале – проверенные способы, как это сделать быстро и безболезненно, а главное – гарантированно. Но вот что удивительно: сами «специалисты» по иммиграции до сих пор не получили право законно жить в США.

«Рубику» стали известны некоторые интересные факты из прошлого Ильи Киселева.

---

*«Это очень опасный человек», – предупредили нас.*

---

Один из пострадавших предоставил «Рубику» скриншоты переписки с Киселевым с явными угрозами. И в этой переписке Илья признается, что он – сотрудник правоохранительных органов России. Наш собеседник предполагает, что он и сейчас может продолжать сотрудничать с правоохранителями или даже спецслужбами РФ.

Анонимный источник подкинул нам ссылку на один из сайтов объявлений. Смотрите, какой интересный бизнес открыли в Москве несколько лет назад: топлесс мойка. И рекламирует ее уже известный нам персонаж – Илья Киселев.



Девушки с голой грудью моют машины, оплата – в зависимости от времени и набора услуг. Ничего незаконного? Но давайте присмотримся к перечню услуг.

В купальнике помыть машину стоит 1500 рублей, (чуть меньше <$30), а за 4500 рублей за полчаса (на тот момент это $80 – сумма, превышающая даже тарифы секс-услуг) девушка будет мыть машину полностью голая. За такую же сумму можно взять услугу «Чистка салона и полировка торпеды с хозяином внутри – 30 мин». А вот еще интересная услуга: исключительно «полировка торпеды 15 минут». Как вы думаете, с какой целью автомобилисту платить такие деньги за полировку запчасти? И какую именно торпеду ему должна 15 мин полировать голая красотка?

## Предварительный прайс на услуги

By Ilya Kiselev on Monday, March 2, 2015 at 6:59 AM

Мойка авто в "мини бикини" - 1500 руб. 30 мин.
Мойка авто " долой верх держим низ" - 2500 руб. 30 мин.
Мойка авто " Долой все " - 4500 руб. - 30 мин.
Чистка салона и полировка торпеды (с клиентом в авто) - 4500 руб. - 30 мин
Полировка торпеды (с клиентом в авто) - 2500 руб. - 15 мин.
Возможность фотографии - 2000 руб. сверх тарифа
Фотосессия авто и владельца с девушками - 7000 руб. - 45 мин.

Индивидуальные программы обсуждаются отдельно!
Возможно проведение спец мероприятий (клубные фотографии и т.д.) выезд ...

Напоминаем, все это рекламирует наш герой, который называет себя «ментом», а сегодня рвется в США как политически гонимый на родине. Неужели бывший (или настоящий) милиционер Киселев был сутенером в Москве?

Подробнее

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК

*«Нам поступило заявление о том, что вы у нас по сути подходите под статью «иностранный агент». Получаете вы финансирование, как я понимаю, от американского гражданина из США – Алекса Таваряна – за предоставление ему клиентов – российских граждан, которых вы через границу переправляете. Вы понимаете, да, к чему все это идет?»*, – спросил пранкер.

Илья ответил, что он этим не занимается. Интересно, почему – если все законно, как он утверждает? А в своем видео на Ютубе он сам хвастается, что переправил уже 600 человек через Мексику в США.

«Именно после этой аудиозаписи Илья в панике бежал в США через Мексику», – утверждает наш собеседник, который пожелал остаться анонимным.

А вот еще бывший партнер жалуется и  **рассказывает про методы работы Teach ВК**.

*«Рубик» советует вам держаться подальше от помогаек типа Teach ВК. Вам они просто не нужны. Вы можете выбрать себе иммиграционного адвоката с лицензией, например в этом списке иммиграционных адвокатов, которые говорят на русском (мы проверили лицензии и отзывы).  Найти поручителя можно самим, ровно как и купить машину, установить приложение CBP One.*

Для иммигрантов сотрудничество с такими мошенниками может закончиться плачевно. Вот пример: после ареста адвоката **Илоны Джамгаровой** за мошенничество, клиенты также оказались под прицелом американского правосудия.

Поэтому услуги "посредников на границе" – это просто развод на деньги отчаявшихся. Подробное расследование «Рубика» про «помогаек на границе» читайте **здесь**.

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

Filing # 187849538 E-Filed 12/12/2023 11:56:16 AM

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL
## CIRCUIT IN AND FOR MARTIN COUNTY, FLORIDA

ALEKSEY TOVARIAN
 Plaintiff,
 v.                                    CASE NO.:

KATERYNA PANOVA,
Individually,
RUBIC, LLC, and JOHN DOE
Defendant.
_____/

## <u>CIVIL CASE MANAGEMENT PLAN AND ORDER</u>

## TO BE SUBMITTED TO THE COURT FOR APPROVAL WITHIN 30
## DAYS AFTER DATE OF SERVICE ON THE LAST NAMED
## DEFENDANT

Pursuant to Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B) and Florida Rule of Civil Procedure 1.440, the parties hereby submit the following Case Management Plan to the Court for approval.

I.   **Case Track Assignment** (check one): Case disposition times for all case tracks have been established in accordance with the Florida Rules of General Practice and Judicial Administration 2.250(a)(1)(B).

□   <u>Streamlined Track</u> (Case resolved within 12 months without a jury trial or within jurisdiction of County Court.)

x   <u>General Track</u> (Case resolved within 18 months with or without a jury trial.)

□   <u>Complex Track</u> (Case resolved pursuant to Florida Rule of Civil Procedure 1.201, with or without a jury trial).

II.     **Case Events and Deadlines**

| Event | Maximum Deadline | | Agreed Dates |
|---|---|---|---|
| | **Streamlined** | **General** | |
| Service of complaints; under extensions; adding parties | Service within 120 days of filing of the complaint unless an extension is granted, which extension shall not exceed 240 days from the date of filing of the complaint | Service within 120 days of filing of the complaint unless an extension is granted, which extension shall not exceed 240 days from the date of filing of the complaint | |
| Fact and expert discovery complete | Within 270 days after complaint is filed | Within 450 days after complaint is filed | |
| Resolution of all objections to pleadings, pretrial motions | Within 45 days after filing and prior to the pretrial conference | Within 45 days after filing and prior to the pretrial conference | |
| Mediation occurred | within 270 days after the complaint is filed | within 450 days after the complaint is filed | |
| (Other events specified by judge) | | | |
| | | | |
| | | | |
| | | | |
| Projected Date of Trial (A firm trial date shall be ordered by the presiding judge when the case is at issue.  Fla. R. Civ. P. 1.440.) | | | |

III.    **Trial Information**

| | |
|---|---|
| Estimated Length of Trial (specify number of trial days) | |
| Identification of Jury or Non-Jury Trial | |

  **The schedule of deadlines herein will be strictly adhered to by the parties unless change is otherwise agreed to by the parties and approved by the court.**  The court will consider a request to approve changes to these deadlines upon a showing of good cause by either party based on matters arising from an emergency nature or unavailability.  However, once the Civil Case Management Plan has been approved by the court, procrastination in completing discovery or the unavailability of counsel will not constitute good cause for a change to these deadlines. **The failure to abide by these**

**deadlines may result in sanctions by the court, including the award of attorney's fees, the striking of pleadings and/or a dismissal of the action.**

**IV.    Signature of Counsel or Unrepresented Parties**

_____     _____
Plaintiff's Counsel                 Defendant's Counsel

Address                             Address

Phone                               Phone


_____     _____
Plaintiff (if unrepresented by counsel)    Defendant (if unrepresented by counsel)

Address                             Address

Phone                               Phone


## <u>ORDER APPROVING CASE MANAGEMENT PLAN</u>

THE COURT having reviewed the preceding Case Management Plan and finding it to be satisfactory, it is hereby

ORDERED that the Case Management Plan is approved and all parties shall abide by the terms herein.

DONE AND ORDERED in _____County, Florida on _____,2023.


_____
CIRCUIT JUDGE


(Any attachments such as E-docket call form)

Service list: Per Clerk of Court E-Portal Service List

IN THE CIRCUIT COURT FOR THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY FLORIDA

ALEKSEY TOVARIAN,
      Plaintiff,
v.                                          Case No.:
KATERYNA (aka Ekaterina) PANOVA,
Individually,
RUBIC, LLC, and JOHN DOE,
      Defendants.
_____/

**SUMMONS**

THE STATE OF FLORIDA:

      YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

           Rubic, LLC
           Kateryna Panova, Registered Agent
           3410 SE Martinique Trace #103
           Stuart, FL 34997
      The Defendant is required to serve written defenses to the complaint or Petition on Petitioner's Attorney whose name and address is:

           Maurice Arcadier, Esquire
           ARCADIER, BIGGIE & WOOD, PLLC
           2815 W. New Haven, Ste. 304
           Melbourne, FL  32904

within 20 days after service of this Summons upon you, exclusive of the date of service, and to file the original of the defenses with the Martin County Clerk of Court, 100 SE Ocean Boulevard Stuart, FL 34994, Phone: 772-288-5576 either before service on Plaintiff's Attorney or immediately thereafter.  If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

DATED on_____, 2023.   _____
                                       As Clerk of the Court

                    By_____
                                As Deputy Clerk

# Martin County Clerk of Circuit Court
## Martin County Receipt of Transaction
### Receipt #230039893

Carolyn Timmann
Clerk of the Circuit Court & Comptroller
Martin County, Florida

Created by: JHARBISON
Cashiered by:  JHARBISON
On: 12/12/2023   3:12 pm
Transaction # 1532626

Maurice Arcadier

| CaseNumber   23001535CAAXMX |
|---|

**Action:**

**Judge:**

**Received From:**   Maurice Arcadier

**On Behalf Of:**   PANOVA, KATERYNA
3410 SE MARTINIQUE TRACE #103
STUART, FL 34997

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| NEW CIVIL FILING | 400.00 | 0.00 | 0.00 | 400.00 | 400.00 | 0.00 |
| CIRCUIT EPORTAL SUMMONS $10.00 | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| CIRCUIT EPORTAL SUMMONS $10.00 | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| **Total** | **420.00** | **0.00** | **0.00** | **420.00** | **420.00** | **0.00** |
| | | | | | | |
| **Grand Total** | **420.00** | **0.00** | **0.00** | **420.00** | **420.00** | **0.00** |

| PAYMENTS |
|---|

| Payment Type | Reference | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|
| E-PORTAL | | 420.00 | 0.00 | 0.00 | 0.00 | 420.00 |

SUB TOTAL                          $420.00
CONVENIENCE FEE                 $0.00
CREDIT CARD CHARGE            $420.00
REMAINING BALANCE              $0.00

I AGREE TO PAY THE ABOVE CREDIT CARD AMOUNT
ACCORDING TO ISSUER AGREEMENT INCLUDING
THE CREDIT IPASS CONVENIENCE FEE.

OK

187849538

| | | 420.00 | 0.00 | 0.00 | 0.00 | 420.00 |

IN THE CIRCUIT COURT FOR THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY FLORIDA

ALEKSEY TOVARIAN,
     Plaintiff,
v.
                                   Case No.: 23-1535CA
KATERYNA (aka Ekaterina) PANOVA,
Individually,
RUBIC, LLC, and JOHN DOE,
     Defendants.

_____/

**SUMMONS**

THE STATE OF FLORIDA:

     YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

          Kateryna Panova, Individually
          3410 SE Martinique Trace #103
          Stuart, FL 34997

     The Defendant is required to serve written defenses to the complaint or Petition on Petitioner's Attorney whose name and address is:

          Maurice Arcadier, Esquire
          ARCADIER, BIGGIE & WOOD, PLLC
          2815 W. New Haven, Ste. 304
          Melbourne, FL 32904

within 20 days after service of this Summons upon you, exclusive of the date of service, and to file the original of the defenses with the Martin County Clerk of Court, 100 SE Ocean Boulevard Stuart, FL 34994, Phone: 772-288-5576 either before service on Plaintiff's Attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

DATED on ___12|12___ , 2023.      **CAROLYN TIMMANN**
                                   As Clerk of the Court

                          By_____
                                   As Deputy Clerk

Filing # 187849538 E-Filed 12/12/2023 11:56:16 AM

IN THE CIRCUIT COURT FOR THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY FLORIDA

ALEKSEY TOVARIAN,
     Plaintiff,
v.
KATERYNA (aka Ekaterina) PANOVA,
Individually,
RUBIC, LLC, and JOHN DOE,
     Defendants.

Case No.: 23-1535CA

_____/

**SUMMONS**

THE STATE OF FLORIDA:

     YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

        Rubic, LLC
        Kateryna Panova, Registered Agent
        3410 SE Martinique Trace #103
        Stuart, FL 34997

     The Defendant is required to serve written defenses to the complaint or Petition on Petitioner's Attorney whose name and address is:

        Maurice Arcadier, Esquire
        ARCADIER, BIGGIE & WOOD, PLLC
        2815 W. New Haven, Ste. 304
        Melbourne, FL  32904

within 20 days after service of this Summons upon you, exclusive of the date of service, and to file the original of the defenses with the Martin County Clerk of Court, 100 SE Ocean Boulevard Stuart, FL 34994, Phone: 772-288-5576 either before service on Plaintiff's Attorney or immediately thereafter.  If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

DATED on ___12|12___, 2023.

        **CAROLYN TIMMANN**
        As Clerk of the Court

        By _____
        As Deputy Clerk

Filing # 189818312 E-Filed 01/16/2024 01:05:43 PM
Filing # 187894849 E-Filed 12/12/2023 04:43:06 PM
Filing # 187849538 E-Filed 12/12/2023 11:56:16 AM

IN THE CIRCUIT COURT FOR THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY FLORIDA

ALEKSEY TOVARIAN,
     Plaintiff,

v.                             Case No.: 23-1535CA

KATERYNA (aka Ekaterina) PANOVA,
Individually,
RUBIC, LLC, and JOHN DOE,
     Defendants.

_____/

**SUMMONS**

THE STATE OF FLORIDA:

     YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or
Petition in this action on Defendant:

          Kateryna Panova, Individually
          3410 SE Martinique Trace #103
          Stuart, FL 34997

     The Defendant is required to serve written defenses to the complaint or Petition on
Petitioner's Attorney whose name and address is:

          Maurice Arcadier, Esquire
          ARCADIER, BIGGIE & WOOD, PLLC
          2815 W. New Haven, Ste. 304
          Melbourne, FL 32904

within 20 days after service of this Summons upon you, exclusive of the date of service, and to
file the original of the defenses with the Martin County Clerk of Court, 100 SE Ocean Boulevard
Stuart, FL 34994, Phone: 772-288-5576 either before service on Plaintiff's Attorney or
immediately thereafter. If you fail to do so, a default will be entered against you for the relief
demanded in the Complaint or Petition.

DATED on   12|12   , 2023.     **CAROLYN TIMMANN**
                                   As Clerk of the Court



                       By_____
                              As Deputy Clerk

**State of North Carolina/Mecklenburg County**
**OUT OF STATE AFFIDAVIT OF SERVICE**

**PERSONALLY APPEARED** before me, the undersigned authority, _J. Taylor x4989_
Deputy Sheriff of Mecklenburg County, so being duly sworn, deposes and says that in the County of
Mecklenburg, State of North Carolina, serving the defendant by the laws governing service of Civil
Process within the State of North Carolina, he/she delivered to the within named Defendant/ Respondent
at the following time(s) and place(s) to wit:

Received Date/Time: _1-11-24 / 1533 pm_

**Defendant/ Respondent:** _Kateryna Panova_

**Division:** _____ (If Applicable)   **Case Number:** _23-1535CA_

**Type(s) of Process:** [✓] Summons [✓] Complaint [ ] Lis Pendens [ ] Notice [ ] Child Support [ ] A&P
(Check All That Apply)   [ ] Other: _____

On: _1-11-24_ (Date)   at: _1925_ (Time)   am/**pm**

[✓] **Individual Service:** The Defendant/Respondent listed above was served personally at
_13634 Pacific Echo Dr Charlotte, NC 28277_ on
the date and time listed above.   (Location, Address)

[ ] **Substitute Service:** Service was completed by leaving a true copy of the process listed above
with _____ at _____
(Name, Relationship)   (Location)

_____
on the date and time listed above.   (Address)

[ ] **Corporate, LLC, Partnership, Association or Government Service:** By leaving a true copy
of the process listed above with_____
(Name, Title)
at _____ of the said entity
on the date and time listed above.   (Location, Address)

[ ] **Non-Service:** Service of the process listed above was not completed at _____
(Location)
_____on the Defendant/Respondent listed above for
(Address)
the following reason:_____ on
the date and time listed above.

**Garry L. McFadden,**   By: _J. Taylor x4989_   _1-11-24/1925 pm_
**Sheriff Mecklenburg County NC**   **Deputy Sheriff**   Date/Time
**Mecklenburg County Sheriff's Office**

Sworn to and subscribed before me,

This _19_ day of, _Jan_ 20 _24_

_____
**Notary Public**

My commission expires: _3-6-2024_

SANDRA CHIN
NOTARY
PUBLIC
GASTON COUNTY

700 East Fourth Street Charlotte, NC 28202 Phone: 704-336-8943 Fax: 704-432-3763
http://www.mecksheriff.com

MCSO Executive Staff Approved Rev. 7/22/14

Filing # 189818312 E-Filed 01/16/2024 01:05:43 PM
Filing # 187894849 E-Filed 12/12/2023 04:43:06 PM
Filing # 187849538 E-Filed 12/12/2023 11:56:16 AM

IN THE CIRCUIT COURT FOR THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY FLORIDA

ALEKSEY TOVARIAN,
     Plaintiff,

v.                              Case No.: 23-1535CA

KATERYNA (aka Ekaterina) PANOVA,
Individually,
RUBIC, LLC, and JOHN DOE,
     Defendants.

_____/

**SUMMONS**

THE STATE OF FLORIDA:

     YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or
Petition in this action on Defendant:

          Kateryna Panova, Individually
          3410 SE Martinique Trace #103
          Stuart, FL 34997

     The Defendant is required to serve written defenses to the complaint or Petition on
Petitioner's Attorney whose name and address is:

          Maurice Arcadier, Esquire
          ARCADIER, BIGGIE & WOOD, PLLC
          2815 W. New Haven, Ste. 304
          Melbourne, FL 32904

within 20 days after service of this Summons upon you, exclusive of the date of service, and to
file the original of the defenses with the Martin County Clerk of Court, 100 SE Ocean Boulevard
Stuart, FL 34994, Phone: 772-288-5576 either before service on Plaintiff's Attorney or
immediately thereafter. If you fail to do so, a default will be entered against you for the relief
demanded in the Complaint or Petition.

DATED on _____12|12_____, 2023.     **CAROLYN TIMMANN**
                                    As Clerk of the Court



                      By _____
                             As Deputy Clerk

**State of North Carolina/Mecklenburg County**
**OUT OF STATE AFFIDAVIT OF SERVICE**

**PERSONALLY APPEARED** before me, the undersigned authority, _J.Taylor x4989_
Deputy Sheriff of Mecklenburg County, so being duly sworn, deposes and says that in the County of
Mecklenburg, State of North Carolina, serving the defendant by the laws governing service of Civil
Process within the State of North Carolina, he/she delivered to the within named Defendant/ Respondent
at the following time(s) and place(s) to wit:

Received Date/Time: _1-11-24 / 1533 pm_

**Defendant/ Respondent:** _Kateryna Panova_

**Division:** _____ (If Applicable)   **Case Number:** _23-1535CA_

**Type(s) of Process:** [✓] Summons [✓] Complaint [ ] Lis Pendens [ ] Notice [ ] Child Support [ ] A&P
(Check All That Apply)   [ ] Other: _____

On: _1-11-24_ (Date)   at: _1925_ (Time)   am/**pm**

[✓]   **Individual Service:** The Defendant/Respondent listed above was served personally at

_13634 Pacific Echo Dr Charlotte, NC 28277_ on
the date and time listed above.        (Location, Address)

[ ]   **Substitute Service:** Service was completed by leaving a true copy of the process listed above

with _____ at _____
              (Name, Relationship)                          (Location)

_____
on the date and time listed above.        (Address)

[ ]   **Corporate, LLC, Partnership, Association or Government Service:** By leaving a true copy

of the process listed above with_____

at _____ of the said entity
on the date and time listed above.        (Location, Address)

[ ]   **Non-Service:** Service of the process listed above was not completed at _____
                                                                                      (Location)

_____on the Defendant/Respondent listed above for
                    (Address)

the following reason:_____ on
the date and time listed above.

**Garry L. McFadden,**        By: _J.Taylor x4989_   _1-11-24/1925 pm_
**Sheriff Mecklenburg County NC**        **Deputy Sheriff**        Date/Time
                                         **Mecklenburg County Sheriff's Office**

Sworn to and subscribed before me,

This _19_ day of, _Jan_ 20 _24_

_Sandra C_

**Notary Public**

My commission expires: _3.6.2024_

_[Notary seal: SANDRA CHIN / NOTARY PUBLIC / GASTON COUNTY]_

700 East Fourth Street Charlotte, NC 28202 Phone: 704-336-8493 Fax: 704-432-3763
http://www.mecksheriff.com

MCSO Executive Staff Approved Rev. 7/22/14

Filing # 190844327 E-Filed 01/30/2024 01:58:55 PM

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

ALEKSEY TOVARIAN

     Plaintiff,              Case No. 2023-CA-1535

v.

KATERYNA PANOVA, *et al.*,

     Defendants.

## NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS

Please take notice that James M. Slater, Esq. of the law firm Slater Legal PLLC hereby enters his appearance as counsel for Defendants Kateryna Panova and Rubic, LLC in the above-styled cause.

Pursuant to Rule 2.516(b)(1)(A) of the Florida Rules of Judicial Administration, the undersigned hereby designates the following primary and secondary e-mail addresses:

- **Primary e-mail address: james@slater.legal**
- **Secondary e-mail address: eservice@slaterlegal.com**

All papers and pleadings in this action should be served on the undersigned at the email addresses set forth above. All other correspondence should utilize only the primary email address set forth above.

Dated: January 30, 2024.

Respectfully submitted,

SLATER LEGAL PLLC

*/s/ James M. Slater*
James M. Slater (FBN 111779)
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Defendants*

## Certificate of Service

Pursuant to Fla. R. Jud. Admin. 2.516(b), I hereby certify that a true and correct copy of the foregoing notice is being served this 30th day of January 2024 via the Florida Courts electronic portal to the names and addresses provided by the parties.

By: */s/ James M. Slater*
James M. Slater

2

Case 2:24-cv-14037-XXXX   Document 1-2   Entered on FLSD Docket 02/09/2024   Page 52 of 54

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

ALEKSEY TOVARIAN,

     Plaintiff,

v.

KATERYNA PANOVA, *et al.*,

     Defendants.

Case No. 2023-CA-1535

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rule 1.090(b) of the Florida Rules of Civil Procedure, Defendants Kateryna Panova and Rubic, LLC, by and through their undersigned counsel, respectfully request an enlargement of time of forty-five (45) days, to and including March 15, 2024, within which to respond to Plaintiff Aleksey Tovarian's Complaint. In support, Defendants state:

1.     This lawsuit arises from Rubic's Russian-language reporting directed to Russian-speaking immigrants and asylum seekers. Plaintiff contends that he was defamed in one of Rubic's articles.

2.     Ms. Panova was served with a copy of the Complaint on January 11, 2024. Under the Florida Rules of Civil Procedure, a response is due on January 31, 2024.

3.     Accordingly, Defendants respectfully request a 30-day enlargement of time, to and including March 1, 2024, within which to respond to Plaintiff's Complaint. The requested enlargement of time is made in a timely fashion, in

good faith, and not for purposes for delay, and is without waiver of any of Defendants' rights, remedies, or defenses with respect to the Complaint or otherwise, all of which are expressly reserved. Granting this request will not prejudice any party to this matter.

4.     The undersigned attempted to confer by phone and email with Plaintiff's counsel prior to filing this motion and will continue to attempt to confer in good faith with Plaintiff's counsel in an effort to reach an agreement on this motion prior to setting it for hearing.

WHEREFORE, pursuant to Rule 1.090(b), Defendants Rubic, LLC and Kateryna Panova respectfully move this Court for an enlargement of time of forty-five (45) days, to and including March 15, 2024, within which to respond to Plaintiff's Complaint, and for any further relief that is just and proper. Dated: January 30, 2024.

Respectfully submitted,

/s/ James M. Slater
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Defendants*

**Certificate of Service**

I hereby certify that on January 30, 2024, I electronically filed the

foregoing document with the Clerk by using the Florida Electronic Portal,

which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
  James M. Slater

3