UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

ALEKSEY TOVARIAN,

    Plaintiff,

v.

                                    Case No.

KATERYNA PANOVA, *et ano.*,

    Defendants.

_____/

## DECLARATION OF KATERYNA PANOVA

I, Kateryna Panova, declare as follows:

1. My name is Kateryna Panova. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

2. I am the defendant in the above-styled case. I am also the sole owner and member of Rubic, LLC, which is a limited liability company organized in Florida.

3. I am a citizen of North Carolina, where I have domiciled since 2021, when I purchased a home in Charlotte. Prior to that I lived in New Jersey from 2018 to 2021. The last time I resided in Florida was 2018 and I do not maintain any residence in Florida.

4. I have continuously resided and maintained a home in Charlotte, North Carolina since 2021. I have no intention of returning to Florida. I currently live in and work from North Carolina and send my children to school in North Carolina.

5. I have had a North Carolina driver's license since January 11, 2022.

6. I was naturalized as a United States citizen in Charlotte, North Carolina in 2023.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 8, 2024 at Charlotte, North Carolina.

_____
Kateryna Panova