IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

|  |  |
|---|---|
| ALEKSEY TOVARIAN<br><br>    Plaintiff,<br><br>v.<br><br>KATERYNA PANOVA, *et al.*,<br><br>    Defendants. | Case No. 2023-CA-1535 |

**DEFENDANTS' NOTICE TO THE CIRCUIT COURT
OF FILING NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446(d), Defendants Rubic, LLC and Kateryna Panova hereby give notice of having filed in the District Court of the United States District for the Southern District of Florida, their notice of removal of this action, Case No. 2023-CA-1535, pending in the Circuit Court of the Nineteenth Judicial Circuit in and for Martin County, Florida.

A copy of Defendants' notice of removal, without exhibits, is attached.

Dated: February 9, 2024.

Respectfully submitted,

/s/ *James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Defendants*

2

**Certificate of Service**

Pursuant to Fla. R. Jud. Admin. 2.516(b), I hereby certify that a true and correct copy of the foregoing notice is being served this 9th day of February 2024 via the Florida Courts electronic portal to the names and addresses provided by the parties, including Plaintiff's counsel, Maurice Arcadier.

By: */s/ James M. Slater*
James M. Slater