# MIKHAIL BOGOMOLNY
## TRANSLATION, NOTARY AND APOSTILLE SERVICES

W. WWW.TRANSLATORPRO.ORG
E. MICHAEL@TRANSLATORPRO.ORG
P. 1.818.284.1884

*CERTIFIED COURT INTERPRETER*

*Article translation: https://rubic.us/otzyvy-o-teachbk-moshenniki-prodayut-kradennye-mashiny-shantazhiruyut/?fbclid=IwAR0AsDwMStS4P_D3Vr9UVJlO0eeVNE1hYtLbkvSd2t8qXxpB_JMZ5ZCIiKY#google_vignette*



Home > Immigration > Reviews of TeachBK: Scammers Selling Stolen Cars, Using Blackmail

By Nata Polynkova, June 20, 2023

**NEW SCAMMERS ON THE U.S.-MEXICO BORDER:
MIL MUJERES FOUNDATION
(NOW THREATENING RUBIC)**



*TeachBK promises immigration help, but many of their customers complain of fraudulent practices. Image: Rubic*

Immigrants in the U.S. – A Goldmine for Scammers. They exploit people often unfamiliar with English and unaware of how things work in America. These scammers typically have popular blogs and chatrooms, produce numerous videos, and promise an easy and guaranteed "entry into the U.S." They offer paid sponsors and refer immigrants to a single "immigration attorney" for a fee. As a result, immigrants are left without money, legal immigration routes, and attract law enforcement attention. "Rubic" has previously reported on so-called helper companies using blatant scam tactics: "Bridge to the U.S.", "Moovert", "Veritas", Mil Mujeres, etc. Today, we discuss TeachBK, operating in the illegal immigration services market under the guise of "bloggers" and an advertising platform. Its founders, Russians Andrey Burtsev and Ilya Kiselev, claim they recently fled Russia, sought asylum at the U.S.-Mexico border, and are awaiting a hearing (formally in the removal proceedings).

*However, lacking legal status in the U.S. and poor language skills do not prevent these Russian asylum seekers from teaching others how to move to America.*

I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.

# MIKHAIL BOGOMOLNY
## TRANSLATION, NOTARY AND APOSTILLE SERVICES

W. WWW.TRANSLATORPRO.ORG
E. MICHAEL@TRANSLATORPRO.ORG
P. 1.818.284.1884

CERTIFIED COURT INTERPRETER

TeachBK offers immigration consultations, paid sponsors in the U.S., sells cars to asylum seekers in Mexico (*for crossing the U.S. border – relevant before the CBP One app*), visa assistance, and refers immigrants to ONE immigration attorney, receiving a commission. Ilya and Andrey accept cash payments through anonymous intermediaries in Mexico, and also to accounts in Russian banks (those, under U.S. sanctions).

*All the activities listed are not only unethical but also illegal.*

Unfortunately, many TeachBK clients fail to realize they are dealing with scammers and inadvertently become part of criminal activity by purchasing their services. Many immigrants at the start of their journey are unaware that in the U.S., only licensed attorneys can provide immigration services, sponsors must personally know the immigrant (not offer this service for a fee to strangers), buying cars without documents is illegal, and attorneys cannot pay for clients using Russian cards. Victims of TeachBK told us they never suspected fraud, as they saw many subscribers on their YouTube and Telegram channels and no negative reviews. After paying the fraudsters, they realized TeachBK used bot farms and fake profiles to amplify clients' anxiety and push them into buying (claiming the U.S.-Mexico border is very dangerous, and if they don't buy TeachBK's services, they would be arrested, stopped, or robbed). Many also told us their negative reviews were deleted, and their profiles blocked (hence only positive reviews).

### TeachBK swindled Alina out of $7,000

The "Rubic" editorial office received a letter from Tatyana, mother of an immigrant named Alina, who arrived in the U.S. in January this year with her husband and a three-year-old child. She unwisely bought a car through TeachBK in Mexico. The car turned out to have fake documents, likely stolen.

*"My daughter bought a car from TeachBK. It was in very poor condition, making the journey difficult due to numerous malfunctions. She was with her husband and a three-year-old child. In Miami, she tried to register the car, only to find the documents were illegal," shares Tatyana Butman.*



| Ilya Kiselev |
|---|
| Good day |
| Can I consult with you concerning a purchase of a car with California license plate? |
| Yes. Are you in Tijuana? |
| Not yet, we will be on the 5$^{th.}$ |

*Immigrants purchased the car through Ilya Kiselev. Photo: Screenshot*

I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.

# MIKHAIL BOGOMOLNY
## TRANSLATION, NOTARY AND APOSTILLE SERVICES

W. WWW.TRANSLATORPRO.ORG
E. MICHAEL@TRANSLATORPRO.ORG
P. 1.818.284.1884

*CERTIFIED COURT INTERPRETER*

"We watched many immigration channels, but TeachBK inspired the most trust because they were the largest and had no negative reviews. We later realized we just hadn't looked hard enough. You have to understand the mindset of people in Mexico. They have tunnel vision. They're desperate to find someone trustworthy for help," explains Alina, Tatyana's daughter. Finding an ad on social media about selling cars for those crossing the border from Mexico, with assurances that all cars are checked and can be registered at any DMV (Department of Motor Vehicles) in the States, Alina, Tatyana's daughter, reached out to TeachBK founder Ilya Kiselev.



CARS FROM THE US

- Clean title
- Current registration
- Great condition
- Delivery to Tijuana
- Eligible for registration in the US
- Payment upon purchase

THIS IS A PARTNER ADVERTISEMENT. TEACHBK IS NOT RESPONSIBLE FOR THE PRODUCT OR SERVICE SOLD

*Advertisements for car sales with the TeachBK logo can still be found on social networks. A fine-print disclaimer states they bear no responsibility. Photo: Social Media*

"I contacted the owner of this chat directly, Ilya, and discussed my needs… they assured me there would be no problems registering the car," says Alina, directly involved in this saga. The car, a 2000 Ford Escape, cost the immigrants $5,000, paid in cash in Mexico to the supplier, plus over $2,000 for insurance, oil and coolant changes, and repairs en route from California to Miami. Later, Alina and her husband calculated that a car in such a condition is worth half the price.

**I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.**

# MIKHAIL BOGOMOLNY
## TRANSLATION, NOTARY AND APOSTILLE SERVICES

W. WWW.TRANSLATORPRO.ORG
E. MICHAEL@TRANSLATORPRO.ORG
P. 1.818.284.1884

*CERTIFIED COURT INTERPRETER*



*This is the car the immigrants bought after contacting TeachBK*

When they tried to register the car at their new residence, a real ordeal began. They went from one DMV to another, enduring long lines, only to be denied everywhere due to document issues. The immigrants, in constant contact with Ilya Kiselev, turned to TeachBK – not for a refund – but for legally valid documents. In the message exchange, they first suggested the woman... forge a signature. Then they claimed the company was merely an intermediary and was not responsible. The supplier disappeared.

*"All ad banners feature the TeachBK quality seal"*

"Rubic" recorded an interview with the story's protagonist, Alina Butman, who still keeps the car bought through TeachBK as a keepsake. It's undrivable and unregistrable. She posted her story on the Teach BK Telegram channel, but later not only she and her mother, but also everyone who liked her story, were removed from the chat and blocked. They were cut off from contact. Later, they were asked for an additional $1,200 to provide "clean" documents…



500 USD for services plus the registration. Total would not exceed $1,200

*Fwd from KA*
This is done through an ordinary DMV registration office without their presence. We will register it for her as dealers.

This is written by a person who sold a car to us! But you don't want to resolve the issue, you are actively advertising, addressing all the haters, talking about proverbial armies of the unhappy, attorneys… I am asking "where are they????".  And the answer is silence.

VA
RE: Ilya Kiselev TeachBK
Where is your attorney?
For two months you'd been causing me to go between DMV offices and said that the documents are all […]

*From correspondence with Ilya Kiselev. Photo: Screenshot*

I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.

# MIKHAIL BOGOMOLNY
## TRANSLATION, NOTARY AND APOSTILLE SERVICES

W. WWW.TRANSLATORPRO.ORG  
E. MICHAEL@TRANSLATORPRO.ORG  
P. 1.818.284.1884

*CERTIFIED COURT INTERPRETER*

"I'm now looking for other victims because I want to file a class action lawsuit. I've found several affected families, but the issue is that people are scared…. To date, I've found several families who suffered. Not just from car purchases. People were harmed by legal services and sponsors at the border. There are families ready to sue," says the immigrant.

### The victims are many

When our heroes began investigating the reputation of the "helper" company, it turned out their case was far from unique.

|  | TeachBK 🚫 Scammers…            *Admin*<br>FWD:  From Evgeniy<br><br>To all those intending to buy cars from TeachBK, think a hundred times about it. Their partners' cars are total garbage, or at least that's what we got, which died two days later. We exchanged it for another one, which turned out worse yet. |
|---|---|

*Victims share their experiences on social media. Photo: Screenshot*

"You're not alone. They sold us a car without a catalytic converter, which can't be registered! $6,000 down the drain! They said they're just advertisers… my husband and I message them, but they block us and delete all messages in the chat! A complete sham!" wrote one victim in correspondence with our protagonists. "The TeachBK gang makes money by selling overpriced cars with a huge markup, claiming it's unsafe to buy from others who are in cahoots with the Mexican police… If you decide to travel by car, never just hand over the money without checking prices! They sell you these cars, which you leave after crossing, then buy them back and resell at insane prices!" shares an anonymous user.

I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.

# MIKHAIL BOGOMOLNY
## TRANSLATION, NOTARY AND APOSTILLE SERVICES

W. WWW.TRANSLATORPRO.ORG  
E. MICHAEL@TRANSLATORPRO.ORG  
P. 1.818.284.1884

CERTIFIED COURT INTERPRETER

| | Hello. You're not alone. They sold us a car without a catalytic converter, which can't be registered! $6,000 down the drain! They said they're just advertisers… my husband and I message them, but they block us and delete all messages in the chat! A complete sham! |
|---|---|

*Photo: Screenshot*

Another guy, Yuri, shared on YouTube how he was "duped" out of $7,000. The immigrant had no sponsor. A certain Rustam in the TeachBK group offered help. The price was set at $700, payable after crossing the border. But when the detention service asked for a $3,000 bail, the sponsor demanded an additional $4,000 for his services. What happened next? After transferring the money, the sponsor disappeared, and the intermediary stopped responding to messages. The young man spent 20 days in detention. The victim wrote about his negative experience in the TeachBK group. But his message was deleted, and his contact was blocked.

*"Rubic" contacted the video author, and he is ready to give an interview.*

## Where is TeachBK located?

The TeachBK.com website mentions nothing about being a company registered in the U.S. It only displays a copy of some certificate from a Polish company, claiming they work with TeachBK on "recruiting students for educational institutions in the EU, UK, and U.S." and organizing "large IT scientific exhibitions under the auspices of Rossotrudnichestvo RF" (an executive body of the Russian Federation under international sanctions). How and why Ilya and Andrey, asylees from Russia, could collaborate with the Russian government that allegedly persecuted them is unclear. However, this is not the only link between TeachBK's founders and the Kremlin (which will be covered in a separate section).

*Clients report: payments to the company are made to a Tinkoff bank card in the name of its founder, Ilya Kiselev. Card details are sent to clients in messages.*

The website also lists an address: 1025 E HALLANDALE BEACH BLVD. It's a single-story shopping center with hair salons and furniture stores in Hallandale, Florida (neighboring the famous "Russian" Sunny Isles Beach, where people live more modestly than in Sunny Isles). Of course, there is no TeachBK office there, no signage, and neither Andrey Burtsev nor Ilya Kiselev are there providing illegal services to immigrants. However, business registration addresses can be purchased online at this address for $9.99 through, for example, *[Hyperlink: this service.]*

I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.

# MIKHAIL BOGOMOLNY
## TRANSLATION, NOTARY AND APOSTILLE SERVICES

W. WWW.TRANSLATORPRO.ORG
E. MICHAEL@TRANSLATORPRO.ORG
P. 1.818.284.1884

*CERTIFIED COURT INTERPRETER*



*Registered address of TeachBK.*

This led us to think that Andrey Burtsev and Ilya Kiselev did register a company in Florida after all. A search in the Florida registry yielded a newly opened corporation in February 2023, called TeachBK Inc. The founders are Andrey and Ilya, both listed at 707 Continental Cir, Mountain View, CA 94040. This is a residential complex in the expensive city of Mountain View, California, where one-bedroom apartments cost from $3,000 a month, but it's likely not where Ilya and Andrey live, rather another virtual address (although TeachBK's founders claim they live in California).

*Perhaps Russian asylees can afford to live in one of the most expensive cities in the U.S., as they earn a very, very good living.*

Consider the variety of services offered by TeachBK (all paid for in rubles, bypassing sanctions and taxation in the U.S.):

TeachBK Visa Moscow
TeachBK Mexico USA
TeachBK Immigration to the U.S.
TeachBK U.S. Car Dealership
TeachBK Immigration Blacklist
TeachBK U.S. First Steps. Work. Real Estate.
TeachBK Animal Transport from Russia to the U.S.
TeachBK Medicine
TeachBK Psychological Help
TeachBK Wait for Me
TeachBK Check the Scammer
TeachBK UK United Kingdom
TeachBK Education in the U.S.
TeachBK Education in Europe

Note, they even created a "Check the Scammer" channel, where they collect information about all "scams." Often, competitors and dissatisfied clients are listed as scammers. Meanwhile, any negative reviews about TeachBK are immediately blocked.

I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.

# MIKHAIL BOGOMOLNY
## TRANSLATION, NOTARY AND APOSTILLE SERVICES

W. WWW.TRANSLATORPRO.ORG
E. MICHAEL@TRANSLATORPRO.ORG
P. 1.818.284.1884

*CERTIFIED COURT INTERPRETER*

## What's Wrong with TeachBK



*TeachBK promises immigrants help and support in everything, but in reality, clients complain that they take no responsibility for the services they offer. Image: Rubic*

"Rubic" previously encountered this company when fraudsters with a pile of cash were arrested at the Mexican border. According to our information, the Myakotins were connected with two intermediary projects on Telegram – "Teach BK" and "Bridge to the U.S." However, the company claimed no association with "Bridge." A supplier working with TeachBK told our protagonist Alina about the enormous volumes of car trade (as it turned out, at double the prices and without proper documents): sometimes he delivers up to 30 cars a day on orders from this company alone. Additionally, TeachBK finds potential immigrants sponsors in America, who require payment for their services. This service is not advertised as it also constitutes a fraud on American authorities. Advertisement of miracle-maker lawyers who guarantee that a person won't end up in immigration jail is often a "scam" too. Attorneys rarely can influence the actions of the immigration service. The decision to allow or deny someone an entry at the border, to detain or release immediately, is made by US border protection service. No "helpers," not even lawyers, can influence this. "Rubic" obtained an audio recording of a phone conversation where the company's founder, Ilya Kiselev, explains how his business is structured.

*For each consultation, there's money involved. $200 for a consultation, $50 goes to us. Then a lawyer gets involved. We pass people through ourselves, so we control the lawyer. The lawyer 'spits out' some percentage to us for referring clients. And that's how the entire route is monetized. First – for consultations, then – for lawyers, and possibly, for adaptation consultations – we have those too. This way we create a service... a whole branch," explains Ilya Kiselev to his interlocutor.*

Thus, it can be concluded that Teach BK earns its percentages from each of its service areas. The company offers services in its name. But when problems arise – clients find out that Teach BK is just an intermediary and bears no responsibility. Who does, remains unknown.

**I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.**

# MIKHAIL BOGOMOLNY
## TRANSLATION, NOTARY AND APOSTILLE SERVICES

W. WWW.TRANSLATORPRO.ORG
E. MICHAEL@TRANSLATORPRO.ORG
P. 1.818.284.1884

*CERTIFIED COURT INTERPRETER*

**Why do immigrants fall for TeachBK**

Alina Butman turned to this company because they collaborate with a U.S. citizen, a licensed attorney, Aleksey Tovaryan. She was confident that a lawyer would not risk his license or reputation. Another victim also said that after studying numerous TeachBK channels for over a month, it was the video consultations of the attorney that convinced him. In Telegram channels, Kiselev openly advertises lawyers' services for getting out of detention.

*"We have Russian-speaking lawyers who work with people stuck in detention. They get them out – 100%. We've seen it with our own eyes. We've seen how people work. So, if anyone needs attorneys specializing in detention issues –private message us, message me personally – I'll connect you with these lawyers," - says Kiselev.*

The last name is not mentioned. But according to information available publicly, the Russian-speaking lawyer Aleksey Tovaryan has been collaborating with TeachBK for over 2 years. He records videos for their "Immigration US" channel on YouTube, participates in hours-long live streams, makes short video clips, gives consultations and recommendations, and gets people to trust the company.



*Attorney Tovaryan Publicly Represents the TeachBK Brand. Photo: Screenshot*

What's the relationship between Tovaryan and this company? We're not sure. He didn't respond to Rubic's inquiry. According to our information, he received messages from those harmed by Teach BK's actions. One such correspondence with Tovaryan was provided to "Rubic" by a client.



| | I have already informed them. But are acting as their partner, so I decided to inform you also.<br><br>Aleksey, 8:27 PM<br>If you file a lawsuit with the court, I will be sure to respond, and among other things, you will be liable for covering all the costs and attorney fees per CVC 128.5 for filing false claims. |
|---|---|

I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.

# MIKHAIL BOGOMOLNY
## TRANSLATION, NOTARY AND APOSTILLE SERVICES

W. WWW.TRANSLATORPRO.ORG
E. MICHAEL@TRANSLATORPRO.ORG
P. 1.818.284.1884

*CERTIFIED COURT INTERPRETER*

"They did nothing illegal." He even threatened legal action.

"Rubic" also sent a request for comments to TeachBK. Ilya Kiselev sent a link to a video recorded a few months ago in response to the company's mention in a "Rubic" article. In the video, Kiselev and Burtsev claimed that all negative comments about them are defamatory. They threatened our editorial staff with legal action and demanded public apologies yet failed to provide any evidence to refute the accusations against the company. The company is extremely sensitive to any public criticism, as reported by all victims. Yet, besides threats, contact blocking, and outbursts on YouTube, the founders of Teach BK fail to present any substantial arguments in response to criticism.

**Who are the founders of TeachBK**



*Photo: Screenshot*

Company founders - Ilya Kiselev and Andrey Burtsev - have been convincing clients for five years that they can help others immigrate, boasting proven methods for quick and painless, and most importantly, guaranteed immigration. Yet, what's astonishing is that these "immigration experts" themselves have yet to secure the right to legally reside in the U.S. "Rubic" has uncovered some intriguing facts about Ilya Kiselev's past.

*"He's a very dangerous man," we were warned.*

One of the victims provided "Rubic" with screenshots of a message exchange with Kiselev containing explicit threats. In these messages, Ilya admits he is an officer of the Russian law enforcement. Our source speculates that he may still collaborate with law enforcement or even Russian special services. An anonymous source provided us with a link to a classified ads website. Look at the interesting business opened in Moscow a few years ago: a topless car wash, advertised by none other than Ilya Kiselev.

**I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.**

# MIKHAIL BOGOMOLNY
## TRANSLATION, NOTARY AND APOSTILLE SERVICES

W. WWW.TRANSLATORPRO.ORG
E. MICHAEL@TRANSLATORPRO.ORG
P. 1.818.284.1884

**CERTIFIED COURT INTERPRETER**



Topless car wash – Krylatskoe
Mar 1, 2015
First erotic-format car wash now open in Krylatskoe

*Photo: Screenshot*

Girls wash cars topless, with payment depending on time and range of services. Nothing illegal here? But let's take a closer look at the service list. Washing a car in a bikini costs 1,500 rubles (just under $30), while for 4,500 rubles for half an hour (80 USD at that time, exceeding even the rates for sex services) a girl will wash the car completely naked. For the same amount, you can get the service "Interior cleaning and dashboard polishing with the owner inside - 30 mins". And another interesting service: exclusively "dashboard polishing for 15 minutes". What do you think, why would a motorist pay such money for polishing a part? And what exactly is the dashboard that a naked beauty must polish for 15 minutes?

Remember, all this is advertised by our hero, who calls himself a "cop" and is now rushing to the U.S. as a politically persecuted individual in his homeland. Could the former (or current) police officer Kiselev have been a pimp in Moscow? We were also sent an audio recording, where Kiselev, as our source claims, was called by the famous prankster Yevgeny Volnov, posing as Yarosh from the Russian Investigative Committee, asking him to come in for a discussion.

> *"We've received a complaint that essentially you fit the 'foreign agent' category. You're receiving funding, as I understand, from an American citizen in the U.S. – Alex Tovaryan – for providing him clients – Russian citizens, whom you're smuggling across the border.*
> *You realize where all this is heading, right?" the prankster asked.*

Ilya responded that he is not involved in such activities. Why not – we ponder – if everything is legal, as he claims? In his YouTube video, he boasts that he has already transferred 600 people through Mexico into the U.S. "Right after this audio recording, Ilya panicked and fled to the U.S. via Mexico," claims our anonymous source. Another former partner complains and describes the working methods of Teach BK.

**I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.**

# MIKHAIL BOGOMOLNY
## TRANSLATION, NOTARY AND APOSTILLE SERVICES

W.  WWW.TRANSLATORPRO.ORG  
E.  MICHAEL@TRANSLATORPRO.ORG  
P.  1.818.284.1884

*CERTIFIED COURT INTERPRETER*

> *"Rubic" advises you to steer clear of "helpers" like Teach BK. You simply don't need them. You can choose a licensed immigration attorney, for example from this list of Russian-speaking immigration lawyers (we've checked licenses and reviews). You can find a sponsor yourself, just as you can buy a car or install the CBP One app.*

Collaborating with such fraudsters can end disastrously for immigrants. For example, after the arrest of attorney Ilona Dzhmagarova for fraud, her clients also found themselves in the crosshairs of American justice. Therefore, services from "border intermediaries" are just a scam targeting the desperate. Read Rubic's detailed investigation about "border helpers" *[Hyperlink: here]*.

*[End of article]*

I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.

# MIKHAIL BOGOMOLNY
## TRANSLATION, NOTARY AND APOSTILLE SERVICES

W. WWW.TRANSLATORPRO.ORG
E. MICHAEL@TRANSLATORPRO.ORG
P. 1.818.284.1884

CERTIFIED COURT INTERPRETER

## CERTIFICATE OF TRANSLATION

*Translation from Russian into English*

I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (CALIFORNIA JUDICIAL COUNCIL ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; THE TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.

**DOCUMENT DESCRIPTION**

*Web article translation:*

*https://rubic.us/otzyvy-o-teachbk-moshenniki-prodayut-kradennye-mashiny-shantazhiruyut/?fbclid=IwAR0AsDwMStS4P_D3Vr9UVJlO0eeVNE1hYtLbkvSd2t8qXxpB_JMZ5ZCIiKY#google_vignette*



Member ID: 3826



X _____
Mikhail Bogomolny
Translator

I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.