





**Immigration**

@TeachBK · 124K subscribers · 798 videos

>

donationalerts.com/r/teachbk and 4 more links













**Immigration**

@TeachBK · 124K subscribers · 798 videos

donationalerts.com/r/teachbk and 4 more links

















































## Immigration



@TeachBK · 124K subscribers · 798 videos

>

donationalerts.com/r/teachbk and 4 more links

















