# MIKHAIL BOGOMOLNY
## TRANSLATION, NOTARY AND APOSTILLE SERVICES

W. WWW.TRANSLATORPRO.ORG
E. MICHAEL@TRANSLATORPRO.ORG
P. 1.818.284.1884

**CERTIFIED COURT INTERPRETER**

[Audio begins at 00:00]

**Male voice:**

Look, um, a TeachBK brand, as it were, is now a quality mark. So, within the 'immigration to the US' subject, we are at the top. So everyone knows that if people contact TeachBK, they'll be provided with a quality service; they'll receive a quality consultation as to how to travel, how to get in, how to compile a case, what has to be in it, what falls under a category and what doesn't, and, um, everyone knows that by contacting TeachBK, people understand that they have lawyers, attorneys, who provide, well, not 100% but certainly 90% approval, for sure. And so, people understand that this is the quality. And people are ready to pay for it. People pay for consultations, and people pay for other services, so there's a bunch of other services. So this business model has been successfully operating for the past 5 years, even longer. So, with regard to the UK, Here's what can be done. We can create a TeachBK platform, TeachBK Great Britain, and say, You'll be our expert on the issues of political asylum in the UK. We will create a separate YouTube channel, TeachBK UK, so it is under the TeachBK brand, as it is known by all and trusted, and so we create a second branch; aside from the US, we do another UK branch. We start making videos, right, the way we did with the US. That is, step by step, we post, well, not all of the information, but 50% of it: "What is political asylum in the"UK?"—what does it entail, what categories are there, what does the adaptation process look like, what's the filing process, what is required to put together a case, and how it looks overall, specifically for filing in the UK; what attorneys are there and what are their fees. How much does immigration to the UK cost in general? What are the options for children? For those without children, for those with children, how is the employment situation? What about housing? So, we need to make about 6-7 of those videos on YouTube together, under the TeachBK UK auspices, and in the future, we will start advertising them on our channel for people who generally end up on our channel but still contemplate a move to either the US or the UK. After that, monetization kicks in. How is it done? So, we create a pool of consultations, which, in turn, answer questions such as what a political asylum is and whether your story falls under the category of a political asylum or not. So, a kind of preliminary consultation, prior to the ones with an attorney. What attorney is right for you, what is the adaptation, how much money it costs, how much money is needed, and so forth. It's a number of consultations that answer the preliminary important questions, such as "where to run, how much is needed for it, whether my story falls under the category or not, will I win this case in the foreseeable future or not, and how much time will be spent on that." Accordingly, such a consultation may cost, say, 200 euros, for example. So, you can be the one conducting the consultation, or your people, whoever. On our platform, we are the ones doing it. On yours, TeachBK UK, you can be the one doing it, and so from each consultation, we receive money. For example, if the consultation costs 200 EUR, we get 50 EUR. And you can have 10 consultations a day—20, 30, depending on how actively we will be developing this whole thing—and provide useful content the way we're doing it for the United States. Later, an attorney gets on board. Right? Because, either way, we filter the client through us, we are controlling him. We understand that an agreement with an attorney is being signed. An attorney spits a certain percentage to us for the referral; a client that is already good and signed pays for that. Wonderful. You're getting money for that, and so are we. And that way, the entire process is being monetized. Right? First with consultations, then by attorneys, then there could be some adaptation-related consultations; we

I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.

# MIKHAIL BOGOMOLNY
## TRANSLATION, NOTARY AND APOSTILLE SERVICES

W. WWW.TRANSLATORPRO.ORG  
E. MICHAEL@TRANSLATORPRO.ORG  
P. 1.818.284.1884

**CERTIFIED COURT INTERPRETER**

provide those too. As such, we're creating a service that responds to questions qualitatively. Questions like 'how, where, and what for' one could travel and how much it costs in the UK. Add to that, the service provides adequate lawyers; a pool of attorneys is being created. That's all. And the person ends up encircled in good service, totally happy, etc. Then, later, it's possible to add money questions there, such as how to transfer money to the UK, and many other services could be included there. That's all. That way, an entire branch is created. We are interested in it; in principle, we can try, at least to start *[and see]* how it works. Right? Obviously, it makes no sense to integrate it into your channel because we'd be unable to support the brand, and you have a few subscribers, so there's no point in developing it. However, we can start a dedicated TeachBK channel, immigration to the UK, start it from scratch, wrap it nicely under the TeachBK brand, have you invited as an expert, and later have all those consultations pass through you. That's all. And under this brand, create 5–6 videos, work on this channel, and then start advertising on our channel so as to attract traffic. And by the same token, we can create a Telegram group, a community, which would be essentially focused on TeachBK Great Britain. Now we have around 52,000 people and about 500,000 monthly messages, so the same thing can be done with you; this would be your Telegram group, which you would oversee, and it would monetize into clients. That is all.

[Audio ends at 06:16]

I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.

# MIKHAIL BOGOMOLNY
### TRANSLATION, NOTARY AND APOSTILLE SERVICES

W. WWW.TRANSLATORPRO.ORG
E. MICHAEL@TRANSLATORPRO.ORG
P. 1.818.284.1884

CERTIFIED COURT INTERPRETER

## CERTIFICATE OF TRANSCRIPTION / TRANSLATION

*Translation from Russian into English*

I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSCRIPTION / TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSCRIBE/TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSCRIPTION/TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; THE TRANSCRIPTION/ TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.

**DOCUMENT DESCRIPTION**

*AUDIO FILE*
*"WhatsApp Audio 2024-02-08 at 13.41.03_41970f77.OPUS"*



**Member ID: 3826**



X _____
Mikhail Bogomolny
Translator

I, MIKHAIL BOGOMOLNY, A CERTIFIED COURT INTERPRETER (ID: 313218), DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND RUSSIAN AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; BY ATTESTING TO THE ACCURACY OF THE ABOVE TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE SOURCE DOCUMENT EXECUTED IN THE RUSSIAN LANGUAGE ATTACHED HERETO.