UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

ALEKSEY TOVARIAN,

    Plaintiff,

Case No. 2:24-cv-14037-AMC

v.

KATERYNA PANOVA, *et ano*.,

    Defendants.

_____/

**DEFENDANT RUBIC, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Rubic, LLC hereby states that it is a privately held limited liability company with no parent company. No publicly held corporation owns 10 percent or more of its interest.

Dated: February 10, 2024.

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Tel.: (305) 523-9023
james@slater.legal

*Attorneys for Defendant Rubic, LLC*