UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14037-CIV-CANNON

**ALEKSEY TOVARIAN,**

    Plaintiff,
v.

**RUBIC, LLC, KATERYNA PANOVA,**
and **JOHN DOE**

    Defendants.
_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond. **All filings in this case must be prepared using 12-point Times New Roman font that is double-spaced and fully justified.**

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of February 2024.

                                                         _____
                                                         AILEEN M. CANNON
                                                         UNITED STATES DISTRICT JUDGE

cc:    counsel of record