UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14037-CIV-CANNON

**ALEKSEY TOVARIAN,**

    Plaintiff,

v.

**RUBIC, LLC** and
**KATERYNA PANOVA,**

    Defendants.
_____/

## NOTICE OF COURT PRACTICES IN REMOVAL CASES

**THIS CAUSE** comes before the Court upon a sua sponte review of the record.

Counsel for the non-removing party must file a motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction[1] within **thirty (30) days** after the filing of the notice of removal under 28 U.S.C. § 1446(b).

Counsel for the removing party also is directed to file and serve a *Removal Status Report* no later than **March 4, 2024**. Failure to file a timely *Removal Status Report* shall be grounds for remand. In addition to the *Removal Status Report*, counsel for the removing party must file copies of all records and proceedings in the state court proceedings by the aforementioned date.

The Removal Status Report shall contain the following:

(1)    A plain statement of the nature of the claim and any counterclaim, cross-claim or third-party claim made in state or federal court, including the amount of damages claimed and any other relief sought.

---

[1] The issue of lack of subject matter jurisdiction may be raised at any time. 28 U.S.C. § 1447(c).

(2)     A plain statement of the grounds for removal and a listing of all parties to the action, including parties to any third-party claim.

**(3)     A list of all pending motions.  Furthermore, on or before 14 days from the date of removal, the parties shall comply with Local Rule 7.2 to the extent there are any motions pending in the state action, and shall separately re-file any such motions as separate docket entries on CM/ECF along with relevant memoranda of law in support of or in opposition to those pending motions.**

(4)     If there are multiple defendants, a brief statement by each Defendant explaining whether or not each has joined in or consented to the notice of removal.

(5)     A statement regarding whether the Defendant(s) have removed the action within thirty (30) days after the receipt by the Defendant(s), through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based, or within thirty (30) days after service of summons upon the Defendant(s), if such initial pleading has then been filed in court and is not required to be served on the Defendant(s) in the action.

If the removing party has provided some or all of the information requested above, briefly summarize the information requested and direct the Court to the location of the information in the record.  Failure of the removing party or parties to timely provide in the *Removal Status Report* the information requested above, or information required pursuant to 28 U.S.C. § 1446(a)*,* may result in remand of the action.

Counsel for the removing party shall provide copies of this Notice to all concerned parties.

CASE NO. 24-14037-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 28th day of February 2024.

                                                                     _____
                                                                     **AILEEN M. CANNON**
                                                                     **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record