подписаться 

Главная  >  Иммиграция  >  Отзывы о TeachBK: мошенники, продают кра ...

НАТА ПОЛЫНКОВА    20 ИЮНЯ 2023

# Отзывы о TeachBK: мошенники, продают краденые машины, шантажируют



TeachBK обещает помощь в иммиграции, но многие их клиенты жалуются на мошеннические методы работы. Изображение: Рубик

Иммигранты в США – это золотая жила для мошенников. Они выкачивают деньги из людей, которые часто не знают английского и не понимают, как все работает в Америке. Мошенники часто имеют раскрученные блоги и чаты, снимают много видео. И обещают беспрепятственный и гарантированный "проход в США", поручителей, нанятых за деньги, и подгоняют опытного "иммиграционного адвоката". В результате иммигранты остаются без денег, легальных путей иммиграции и на заметке у правоохранительных органов.

«Рубик» уже рассказывал о компаниях-помогаторах, которые работают явно

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК

– россияне Андрей Бурцев и Илья Киселев. С их слов, они недавно бежали из России, просили убежище на границе США с Мексикой и ждут собеседования (то есть формально находятся в депортационной процессе).

Реклама от Google

Не показывать это объявление    Почему это объявление?

*Но отсутствие легального статуса в США и слабое знание языка не мешают российским беженцам учить других, как переехать в Америку.*

TeachBK предлагает иммиграционные консультации, поручителя в США за деньги, продает машины беженцам в Мексике (для пересечения границы США – было актуально до появления приложения CBP One), визовую помощь, а также они оправляют иммигрантов к ОДНОМУ иммиграционному адвокату, за что получают процент.

Илья и Андрей принимают оплату наличными через анонимных посредников в Мексике, а также на счета в российских банках (которые под санкциями в США).

*Абсолютно все перечисленное не только неэтично, но и нелегально.*

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК

лицензированные адвокаты, поручители должны лично знать иммигранта (а не предлагать эту услугу за деньги незнакомцам), покупать машины без документов нельзя, а также адвокаты не имеют права платить за клиентов посредникам с российскими карточками.

Реклама от Google

Не показывать это объявление    Почему это объявление? ⓘ

Как нам рассказали жертвы TeachBK, им и в голову не приходило, что они обращаются к мошенникам, так как они видели большое количество подписчиков на их ютуб- и телеграм-каналах, и не видели никаких негативных отзывов. Уже отдав мошенникам деньги, иммигранты начали понимать, что TeachBK используют ботофермы и фейковые профили, чтобы усилить тревожность потенциальных клиентов и подтолкнуть их к покупке (мол на границе США и Мексики очень опасно, поэтому если не купите услуги TeachBK, вас арестуют, остановят, ограбят). Также многие нам рассказали, что их негативные отзывы стираются, профили блокируются (вот откуда только позитивные отзывы).

## TeachBK развели Алину на $7000

В редакцию «Рубика» пришло письмо от Татьяны, матери иммигрантки Алины, которая приехала в США в январе этого года с мужем и трехлетним ребенком, и имела неосторожность купить машину через TeachBK в Мексике. Машина оказалась с фейковыми документами, вероятней всего, краденой.

«Моя дочь купила машину у компании TeachBK. Машина оказалась в очень

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

*попыталась поставить машину на учет. Но документы на машину оказались нелегальные»,* – рассказывает Татьяна Бутман.



Иммигранты покупали машину через Илью Киселева. Фото: скриншот

"Мы смотрели много каналов по иммиграции, больше всего у нас вызвали доверие TeachBK, потому что они самые большие и не было негативных отзывов. Как позже мы выяснили, мы просто очень плохо искали. Нужно понимать состояние людей, которые находятся в Мексике. Абсолютно тоннельное зрение. И нужно найти хоть какую-то зацепку, кому можно верить, и к кому обратиться за помощью", – объясняет ее дочь Алина.

Найдя в социальных сетях рекламу о продаже машин для пересекающих границу с Мексикой, с уверениями, что все машины проверяются, и их можно поставить на учет в любом DMB (отделении транспортной службы) в Штатах, Алина, дочь Татьяны, обратилась к

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK



Рекламу о продаже машин с чата TeachBK до сих пор можно найти в социальных сетях. Внизу – мелкими буквами – предупреждение, что они не несут никакой ответственности. Фото: соцсети

"Я связалась напрямую с владельцем этого чата, с Ильей, озвучила свои потребности... меня уверили в том, что проблем при постановке на учет не будет", – рассказывает непосредственная участница этой истории Алина.

Машина, Ford Escape 2000 года, обошлась иммигрантам в $5000, которые они заплатили в Мексике поставщику наличными, плюс еще более 2000 – страховка, замена масла и охладительной жидкости, ремонты по дороге из Калифорнии в Майами. Позже Алина с мужем подсчитали, что авто в таком состоянии стоят в два раза дешевле.



Эту машину иммигранты купили, обратившись к TeachBK

А когда они попытались поставить авто на учет по месту своего нового проживания – начался настоящий квест. Они ездили из одного DMV в другое, выстаивали многочасовые очереди, и им везде отказывали, указывая на проблемы с документами.

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

*"На всех баннерах стоит знак качества TeachBK"*

«Рубик» записал интервью с героиней этой истории Алиной Бутман, которая до сих пор хранит купленную при помощи TeachBK машину, как сувенир. Ездить нельзя, на учет не ставят.

Свою историю Алина опубликовала на Телеграмм-канале Teach BK, но позже не только ее и ее маму, а и также всех, кто поставил лайки под ее историей, удалили из чата и заблокировали. С ними перестали выходить на связь. А после попросили еще $1 200 за то, чтобы оформить "чистые" документы...

> $500 за услугу, плюс налог плюс регистрация. Все выйдет до $1,200
>
> Переслано от КА
> Это делается через обычный регистрейшн офис дмв без их присутствия. Мы ей зарегистрируем как дилеры
>
> Это писанина человека который продал вам авто! Но вы не хотите решать проблему, вы активно пиаритесь, обращаетесь ко всем хейтерам, рассказываете о мифических армиях недовольных, адвокатах......, я спрашиваю где они???? И тишинаааааааа
>
> ВА
> Илья Киселев TeachBK
> Адвокат ваш где?
> Два месяца вы меня мотали по ДМВ

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК

несколько семей пострадавших. Не только из-за машин. Люди пострадали из-за адвокатских услуг, предоставления поручителя в бордере. Есть семьи, которые готовы подать в суд", – говорит иммигрантка.

## Пострадавших много

Когда наши герои стали изучать репутацию компании-помогатора, оказалось, что их случай далеко не единичный.



В социальных сетях пострадавшие делятся своим опытом. Фото: скриншот

«Вы не одни такие. Нам они продали машину без катализатора, которую теперь не поставить на учет! 6 тысяч долларов на ветер! Нам сказали, что они просто рекламодатели... мы с мужем им пишем, но они блокируют нас и удаляют все сообщения в чате! Шарагина контора!», – написала в переписке нашим героиням одна из пострадавших.

«... Шайка из TeachBK зарабатывает деньги на том, что продает людям машины за дорого, с огромной наценкой, мол у других не покупайте, у них небезопасно, они в сговоре с мексиканской полицией... Если вы решили переезжать на машине, то никогда не отдавайте тупо деньги, не разузнав цены! Они продают вам эти машины, вы их оставляете после

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК

> Здравствуйте, вы не одни такие! Нам они продали машину без катализатора, которую теперь не поставить на учет! 6 тысяч дол на ветер! Нам сказали, что они просто рекламодатели.. мы с мужем им пишем, но они блокируют нас и удаляют все сообщения в чате! Шарагина контора..
>
> 01:30

Фото: скриншот

Еще один парень, его зовут Юрий, уже в Ютубе рассказал, как его «развели» на $7 000. У иммигранта не было поручителя. Некий Рустам в группе TeachBK предложил помощь. Цену назвали – $700, и платить нужно было уже после пересечения границы.

Но когда в детеншне госслужба предложила заплатить залог – $3000, поручитель за свои услуги попросил еще $4000. И что было дальше? После перечисления денег поручитель пропал, а посредник перестал отвечать на сообщения. Парень 20 дней провел в детеншне.

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

Реклама от Google

Не показывать это объявление    Почему это объявление?

Пострадавший написал о своем негативном опыте в группу TeachBK. Но его сообщение удалили, а контакт заблокировали.

«Рубик» связался с автором видео, и он готов дать интервью.

## Где находится TeachBK?

Итак, на сайте TeachBK.com нет никаких упоминаний о том, что это компания, зарегистрированная в США. Там висит только копия какого-то сертификата от польской компании, что они вместе с TeachBK делают "рекрутинг абитуриентов в учебные заведения ЕС, Великобритании и США" и проводят "крупные научные выставки в сфере IT на базе Россотрудничества РФ" (орган исполнительной власти Российской федерации, который находится под международными санкциями). Как и почему Илья и Андрей, беженцы из России, могут сотрудничать с российской властью, которая их преследовала, не совсем понятно. Однако это не единственная связь основателей TeachBK с Кремлем (о чем у нас будет отдельный раздел).

Клиенты рассказывают: расчеты с компанией производятся по карте

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

На сайте также значится некий адрес: 1025 E HALLANDALE BEACH BLVD. Это одноэтажный торговый центр с парикмахерскими и мебелью в городе Халланейл во Флориде (он соседствует с легендарным "русским" Санни Айлз Бич, и там живут люди попроще, чем на Санни Айлз). По этому адресу, конечно же, нет никакого офиса TeachBK, там нет их вывески, не сидят там Андрей Бурцев и Илья Кисилев, оказывая нелегальные услуги иммигрантам. Однако адреса для регистрации бизнеса можно купить онлайн ровно по этому адресу за $9.99 через, например, **вот этот сервис.**



По этому адресу зарегистрирована TeachBK.

Это нас натолкнуло на мысль, что Андрей Бурцев и Илья Кисилев все-таки оформили какую-то компанию во Флориде. Поиск в регистраторе во Флориде выдал нам свежеоткрытую в феврале 2023 года корпорацию TeachBK Inc. Учредители – Андрей и Илья, адрес обоих значится: 707 Continental Cir, Mountain View, CA 94040.

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

Подробнее

*Ну и, возможно, российские беженцы таки могут себе позволить жить в одном из самых дорогих городов в США, потому как они очень, очень хорошо зарабатывают.*

Судите сами, вот сколько разнообразных услуг оказывает TeachBK (и за все получает деньги в рублях, минуя санкции и налогообложение в США):

TeachBK Visa Moscow

TeachBK Mexico USA

TeachBK Иммиграция в США

TeachBK Автосалон США

TeachBK Черный список по иммиграции

TeachBK США Первые шаги. Работа. Недвижимость.

TeachBK Перевозка животных из России в США

TeachBK Медицина

TeachBK Психологическая помощь

TeachBK Жди меня

TeachBK Проверь мошенника

TeachBK UK United Kingdom

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК

Обратите внимание, они даже создали канал «Проверь мошенника», где собирают информацию о всех «разводах». Часто в списки мошенников попадают конкуренты и недовольные клиенты. А все негативные отзывы в отношении TeachBK тут же блокируются.

## Что не так с TeachBK



TeachBK обещают иммигрантам помощь и поддержку во всем, на деле клиенты жалуются, что они не несут ответственности за услуги, которые предлагают. Изображение: Рубик

Ранее "Рубик" уже сталкивался с этой компанией, когда арестовали мошенников с кучей наличных на мексиканской границе. По нашей информации, супруги Мякотины были связаны с двумя проектами посредников в телеграме – "Teach ВК" и "Мост в США". Правда, в компании заявили, что не имеют никакого отношения к "Мосту".

Про огромные объемы торговли машинами (как стало известно – по завышенным вдвое ценам и без оформленных документов), поведал нашей героине Алине поставщик, работающий с TeachBK: иногда в день он подгоняет до 30 машин по заявкам именно этой компании.

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК

Подробнее

К тому же, TeachBK находит потенциальным иммигрантам поручителей в Америке, которым требуется платить за услуги поручительства. Не афишируя эту услугу, так как это – тоже обман американских властей.

Реклама адвокатов-волшебников, которые гарантируют, что человек не попадет в иммиграционную тюрьму – тоже чаще всего «развод». Адвокаты редко могут как-то повлиять на алгоритм действий иммиграционной службы. Решение пропустить или нет кого-то к границе, посадить или выпустить сразу – принимают американские пограничники. Никакие "помогаторы" и даже адвокаты не могут на это повлиять.

В распоряжение «Рубика» попала аудиозапись телефонного разговора, на которой основатель компании Илья Киселев рассказывает, как устроен его бизнес.

> *«С каждой консультации идет денежка. 200 долларов – консультация, 50 долларов – нам. Потом подключается адвокат. Мы пропускаем людей через себя, адвоката мы контролируем. Адвокат «отслюнявливает» нам какой-то процент за то, что он получил клиентов. И таким образом монетизируется вся дорога. Сначала – за консультации, потом – адвокатам, потом, возможно, консультации по адаптации – у нас тоже такие есть. Таким образом мы создаем сервис... целая ветка идет»*, – рассказывает Илья Киселев своему собеседнику.

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК

возникают проблемы – клиенты узнают, что "Teach ВК" – лишь посредник и ни за что ответственности не несет. А кто несет – неизвестно.

## Почему иммигранты ведутся на TeachBK

Алина Бутман обратилась к этой компании, так как с ними сотрудничает гражданин США лицензированный адвокат Алексей Товарян. Она была уверена, что адвокат не будет рисковать ни своей лицензией, ни репутацией.

Другой пострадавший тоже говорит, что больше месяца штудировал многочисленные каналы TeachBK. И именно видео-консультации адвоката его подкупили.

В телеграм-каналах Киселев прямым текстом рекламирует услуги адвокатов по помощи выхода из детеншен.

> «У нас есть русскоязычные адвокаты по работе с людьми, застрявшими в детеншне. Вытаскивают – 100%. Своими глазами видели. Видели, как работают люди. Поэтому, если кому-то нужны адвокаты, которые специализируются именно на детеншн – пишите нам в личку, пишите лично мне – я вас сведу с этими адвокатами», – говорит Киселев.

Фамилия не называется. Но судя по информации в открытом доступе, русскоязычный адвокат Алексей Товарян более 2-х лет сотрудничает с компанией TeachBK. Записывает видео для их канала «Иммиграция US» на YouTube, выступает часами в прямых трансляциях, снимает короткие ролики, дает консультации и рекомендации. И располагает людей доверять компании.

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК



Адвокат Товарян публично выступает под брендом TeachBK. Фото: скриншот

Какие отношения у Товаряна с этой компанией? Мы точно не знаем. Он не ответил на запрос Рубика. По нашей информации он получал сообщения от пострадавших от действий Teach BK.

Эту переписку с Товаряном предоставил «Рубику» один из клиентов.

20:26

Да я их так же уведомил. Но вы фигурируете их партнёром, поэтому решил вас известить так же.


Aleksey, 20:27

если вы подадите в суд иск, разумеется, я отвечу вам и, помимо всего прочего, вы заплатите за все издержки и адвокатские в том числе согласно article 128.5 of the Code of Civil Procedure за дачу

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

«Рубик» также отправил TeachBK запрос на комментарии. Илья Киселев прислал ссылку на видео, записанное несколько месяцев назад в ответ на упоминание компании в одной из статей «Рубика». На видео Киселев вместе с Бурцевым рассказали, что весь негатив о них – клевета. При этом грозились нашей редакции судом и требовали публичных извинений. И не привели ни одного доказательства, чтобы развенчать упреки в адрес компании.

Компания очень болезненно реагирует на любую публичную критику – об этом рассказывают все пострадавшие. Вот только кроме угроз, блокирования контактов и истерик на Ютубе – никаких весомых аргументов в ответ на критику основатели Teach BK не приводят.

## Кто такие основатели TeachBK



Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК

Основатели компании – Илья Киселев и Андрей Бурцев – 5 лет убеждают клиентов, что помогут иммигрировать другим, и в их арсенале – проверенные способы, как это сделать быстро и безболезненно, а главное – гарантированно. Но вот что удивительно: сами «специалисты» по иммиграции до сих пор не получили право законно жить в США.

«Рубику» стали известны некоторые интересные факты из прошлого Ильи Киселева.

> «Это очень опасный человек», – предупредили нас.

Один из пострадавших предоставил «Рубику» скриншоты переписки с Киселевым с явными угрозами. И в этой переписке Илья признается, что он – сотрудник правоохранительных органов России. Наш собеседник предполагает, что он и сейчас может продолжать сотрудничать с правоохранителями или даже спецслужбами РФ.

Анонимный источник подкинул нам ссылку на один из сайтов объявлений. Смотрите, какой интересный бизнес открыли в Москве несколько лет назад: топлесс мойка. И рекламирует ее уже известный нам персонаж – Илья Киселев.



Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

OK

девушки с голой грудью моют машины, оплата – в зависимости от времени и набора услуг. Ничего незаконного? Но давайте присмотримся к перечню услуг.

В купальнике помыть машину стоит 1500 рублей, (чуть меньше $30), а за 4500 рублей за полчаса (на тот момент это $80 – сумма, превышающая даже тарифы секс-услуг) девушка будет мыть машину полностью голая. За такую же сумму можно взять услугу «Чистка салона и полировка торпеды с хозяином внутри – 30 мин». А вот еще интересная услуга: исключительно «полировка торпеды 15 минут». Как вы думаете, с какой целью автомобилисту платить такие деньги за полировку запчасти? И какую именно торпеду ему должна 15 мин полировать голая красотка?



Предварительный прайс на услуги
By Ilya Kiselev on Monday, March 2, 2015 at 9:59 AM

Мойка авто в "мини бикини" - 1500 руб. 30 мин.
Мойка авто " долой верх держим низ" - 2500 руб. 30 мин.
Мойка авто " Долой все " - 4500 руб. - 30 мин.
Чистка салона и полировка торпеды (с клиентом в авто) - 4500 руб. - 30 мин
Полировка торпеды (с клиентом в авто) - 2500 руб. - 15 мин.
Возможность фотографии - 2000 руб. сверх тарифа
Фотосессия авто и владельца с девушками - 7000 руб. - 45 мин.

Индивидуальные программы обсуждаются отдельно!
Возможно проведение спец мероприятий (клубные фотографии и т.д.) выезд ...

Docs in Автомойка topless Крылатское

Recent Changes


Ilya Kiselev
Created about 8 years ago

Напоминаем, все это рекламирует наш герой, который называет себя «ментом», а сегодня рвется в США как политически гонимый на родине. Неужели бывший (или настоящий) милиционер Киселев был сутенером в Москве?

Подробнее

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК

*«Нам поступило заявление о том, что вы у нас по сути подходите под статью «иностранный агент». Получаете вы финансирование, как я понимаю, от американского гражданина из США – Алекса Таваряна – за предоставление ему клиентов – российских граждан, которых вы через границу переправляете. Вы понимаете, да, к чему все это идет?»*, – спросил пранкер.

Илья ответил, что он этим не занимается. Интересно, почему – если все законно, как он утверждает? А в своем видео на Ютубе он сам хвастается, что переправил уже 600 человек через Мексику в США.

«Именно после этой аудиозаписи Илья в панике бежал в США через Мексику», – утверждает наш собеседник, который пожелал остаться анонимным.

А вот еще бывший партнер жалуется и рассказывает про методы работы Teach BK.

*«Рубик» советует вам держаться подальше от помогаек типа Teach BK. Вам они просто не нужны. Вы можете выбрать себе иммиграционного адвоката с лицензией, например в этом списке иммиграционных адвокатов, которые говорят на русском (мы проверили лицензии и отзывы). Найти поручителя можно самим, ровно как и купить машину, установить приложение CBP One.*

Для иммигрантов сотрудничество с такими мошенниками может закончиться плачевно. Вот пример: после ареста адвоката **Илоны Джамгаровой** за мошенничество, клиенты также оказались под прицелом американского правосудия.

Поэтому услуги "посредников на границе" – это просто развод на деньги отчаявшихся. Подробное расследование «Рубика» про «помогаек на границе» читайте **здесь**.

Продолжая работу, вы соглашаетесь с использованием файлов cookie и других технологий отслеживания с целью предложения контента, персонализированной рекламы и услуг, отвечающих вашим интересам, а также для анализа посещаемости сайта.

ОК