UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14037-CIV-CANNON

**ALEKSEY TOVARIAN,**

    Plaintiff,

v.

**RUBIC, LLC**

    Defendant.
_____/

## ORDER REQUIRING RESPONSE TO MOTION

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On March 12, 2024, Defendant filed its Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion") [ECF No. 17], making Plaintiff's response due on or before March 26, 2024. To date, Plaintiff has not responded to the Motion or requested additional time to do so. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall file a response to the Motion on or before **April 12, 2024**. If Plaintiff fails to comply, the Court shall consider the merits of the Motion without the benefit of a response, and such failure may be deemed sufficient cause to grant the Motion by default. *See* S.D. Fla. L.R. 7.1(c).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 2nd day of April 2024.

                                                         **AILEEN M. CANNON**
                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record