UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

ALEKSEY TOVARIAN,

    Plaintiff,

v.

                                    Case No. 2:24-cv-14037-AMC

RUBIC, LLC,

    Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

James M. Slater files this Notice of Change of Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

    Law Firm:    Slater Legal PLLC

    Address:     9000 Dadeland Blvd. #1500
                         Miami, Florida 33156

Dated: May 14, 2024                    Respectfully submitted,

                                          */s/ James M. Slater*
                                          James M. Slater (FBN 111779)
                                          Slater Legal PLLC
                                          9000 Dadeland Blvd. #1500
                                          Miami, Florida 33156
                                          Tel. (305) 523-9023
                                          james@slater.legal

                                          *Attorneys for Defendant Rubic, LLC*