UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

ALEKSEY TOVARIAN,
    Plaintiff,

v.           CASE NO. 2:24-cv-14037-AMC

RUBIC, LLC,
    Defendant.
_____/

## NOTICE OF NO OBJECTION TO THE COURT'S REPORT AND RECOMMENDATION

Pursuant to the Court's Report and Recommendation (DE 32) on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (DE 17), the undersigned hereby advises the Court that Plaintiff has no objections to the aforementioned Report and Recommendation.

DATED this 18th day of November 2024.

        ARCADIER, BIGGIE & WOOD, PLLC

        /s/ Maurice Arcadier, Esquire
        Maurice Arcadier, Esquire

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing was filed with the Clerk of Court by using the CM/ECF system, on this 18th day of November 2024. Counsel of Record for all parties will receive notice of the electronic filing.

ARCADIER, BIGGIE & WOOD, PLLC

<u>/s/ Maurice Arcadier, Esquire</u>
Maurice Arcadier, Esquire
Florida Bar No. 0131180
Attorney for Plaintiff
2815 W. New Haven, #304
Melbourne, Florida 32904
Phone: (321) 953-5998
Fax: (321) 953-6075
Email: Office@ABWlegal.com
Secondary: Arcadier@ABWlegal.com