# Exhibit B

| | |
|---|---|
| **From:** | Elizabeth <Elizabeth@melbournelegalteam.com> |
| **Sent:** | Monday, March 3, 2025 2:50 PM |
| **To:** | James M. Slater |
| **Cc:** | Joseph C. Wood; M Arcadier |
| **Subject:** | RE: NOTICE OF SERVICE- Case 2:24-cv-14037-AMC Tovarian v. Rubic, LLC |

Mr. Slater,
I would like to coordinate the Rule 26(f) Conference; Please let me know who I should contact in your office.   Also, Mr. Wood will not agree to stay discovery.
Thank you.

# Elizabeth Waryk, FRP
Paralegal

**Tel:** (321) 953-5998
**Email:** Elizabeth@MelbourneLegalTeam.com
**Web:** www.MelbourneLegalTeam.com



THIS COMMUNICATION, ALONG WITH ANY ATTACHMENTS, MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR A PERSON RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, PRINTING, DISTRIBUTION, FORWARDING, OR USE OF ANY INFORMATION CONTAINED IN OR ATTACHED TO THIS E-MAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY RETURN E-MAIL OR TELEPHONE AND DESTROY THE ORIGINAL E-MAIL AND ITS ATTACHMENTS WITHOUT READING, PRINTING, SAVING OR FORWARDING IN ANY MANNER. YOUR COOPERATION IS GREATLY APPRECIATED.

**From:** James M. Slater <james@slater.legal>
**Sent:** Friday, February 28, 2025 11:47 AM
**To:** Elizabeth <Elizabeth@melbournelegalteam.com>
**Cc:** Joseph C. Wood <wood@melbournelegalteam.com>; M Arcadier <arcadier@melbournelegalteam.com>
**Subject:** Re: NOTICE OF SERVICE- Case 2:24-cv-14037-AMC Tovarian v. Rubic, LLC

All, we have not had a rule 26(f) conference and therefore this discovery is premature and no response is required.

We would ask that we agree to stay discovery pending the motion to dismiss. Please advise as to your position. If we cannot agree, we will need to file a motion to defer the rule 26(f) and stay discovery.
Thanks.

James

On Fri, Feb 28, 2025, 11:32 Elizabeth <Elizabeth@melbournelegalteam.com> wrote:

> Good afternoon,

Please see the attached discovery.

| **COURT CASE PENDING IN:** | United States District Court, Southern District of Florida Orlando Division |
|---|---|
| **STYLE OF CASE:** | Aleksey Tovarian v. Rubic, LLC   2:24-cv-14037 |
| **TITLE OF DOCUMENT(S) ATTACHED:** | 1. First ROGs to Rubic<br>2. Pl First RFPs to Rubic |

Emailed by Elizabeth Waryk on behalf of Joseph C. Wood

321-953-5998

Thank You.

# Elizabeth Waryk, FRP
   Paralegal

**Tel:** (321) 953-5998
**Email:** Elizabeth@MelbourneLegalTeam.com
**Web:** www.MelbourneLegalTeam.com

THIS COMMUNICATION, ALONG WITH ANY ATTACHMENTS, MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR A PERSON RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, PRINTING, DISTRIBUTION, FORWARDING, OR USE OF ANY INFORMATION CONTAINED IN OR ATTACHED TO THIS E-MAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY RETURN E-MAIL OR TELEPHONE AND DESTROY THE ORIGINAL E-MAIL AND ITS ATTACHMENTS WITHOUT READING, PRINTING, SAVING OR FORWARDING IN ANY MANNER. YOUR COOPERATION IS GREATLY APPRECIATED.