UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 2:24-cv-14037-AMC

ALEKSEY TOVARIAN,

Plaintiff,

v.

RUBIC, LLC

Defendant.
______________________________/

**[PROPOSED] ORDER GRANTING DEFENDANT RUBIC, LLC'S MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS**

THIS MATTER is before the Court on Defendant Rubic, LLC's Motion to Stay Discovery Pending Ruling on Motion to Dismiss (the "Motion to Stay") [ECF No. 37]. In the Motion to Stay, Rubic asks the Court to briefly stay discovery and the requirement to hold a Rule 26(f) conference until the Court rules on the pending objections to the Magistrate Judge's Report and Recommendation on Rubic's motion to dismiss the operative complaint. Being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. The Motion to Stay is GRANTED.

2. To the extent the Court adopts the Magistrate Judge's Report and Recommendation on Rubic's motion to dismiss the Second Amended Complaint, the parties must hold their Rule 26(f) conference no later than fourteen days from the entry of such an order.

DONE AND ORDERED in Chambers in the Southern District of Florida this ____ day of ________________________ 2025.

______________________________
HONORABLE AILEEN M. CANNON
United States District Judge