UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 2:24-cv-14037-AMC

ALEKSEY TOVARIAN,

    Plaintiff,

RUBIC, LLC,

    Defendant.
    _____/

### RUBIC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 and the Court's Order [ECF No. 43], Defendant Rubic, LLC certifies that the following persons have an interest in the outcome of this case:

1. Arcadier, Mauricio (Attorney for Plaintiff);
2. Arcadier, Biggie & Wood, PLLLC (Attorneys for Plaintiff);
3. Panova, Kateryna (Dismissed Defendant);
4. Rubic, LLC (Defendant);
5. Slater, James M. (Attorney for Defendant);
6. Slater Legal PLLC (Attorneys for Defendant); and
7. Tovarian, Aleksey (Plaintiff).

No publicly traded company or corporation is known to have an interest in the outcome of this case.

As noted in its earlier corporate disclosure statement [ECF No. 6], Defendant Rubic, LLC hereby states that it is a privately held limited liability company with no parent company. No publicly held corporation owns 10 percent or more of its interest.

Dated: March 14, 2025.

                                                    Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, Florida 33156
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Defendant Rubic, LLC*