UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

ALEKSEY TOVARIAN,
    Plaintiff,

v.                                            CASE NO. 2:24-cv-14037-AMC

RUBIC, LLC,
    Defendant.
_____/

## JOINT PROPOSED SCHEDULING ORDER

Having considered the matters discussed in the Parties' Joint Scheduling Report, the Court finds that good cause exists for the entry of this Scheduling Order.

**A. Case Management Track**

This matter is assigned to the standard case management track pursuant to Local Rule 16.1(a)(2)(B).

**B. Pretrial Schedule**

The Parties propose to adhere to the following schedule:

| DEADLINE/DATE | ACTION OR EVENT |
| --- | --- |
| June 1, 2025 | Deadline to join additional parties or to amend pleadings. |
| June 21, 2025 | Deadline to file joint interim status report. |

| | |
|---|---|
| July 15, 2025 | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediation, and the date, time, and location of the mediation consistent with the Order of Referral to Mediation (which immediately follows the scheduling order). |
| January 9, 2026 | Deadline to complete all fact discovery.<br><br>Deadline to submit joint notice indicating whether the parties' consent to jurisdiction before the designated magistrate judge for purposes of final disposition.<br><br>Deadline to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted and must conform to the deadline set forth in Federal Rule of Civil Procedures 26(a)(2)(D)(ii). |
| January 30, 2026 | Deadline for the filing of all dispositive motions. |
| February 13, 2026. | Deadline to complete mediations, consistent with the Order of Referral to Mediation (which immediately following the scheduling order). |
| February 27, 2026 | Deadline to complete all expert discovery. |

| March 27, 2026 | Deadline for the filing of pretrial motions, including motion in limine and *Daubert* motions. |
| --- | --- |
| April 10, 2026 | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(3) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| April 17, 2026 | Deadline to file proposed jury instructions (if matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for bench trial) pursuant to Local Rule 16.1(k). |
| May 4, 2026 | Two-week trial period commences (calendar call will be scheduled on the Tuesday before the trial period). |

DONE AND ORDERED in Chambers at Fort Pierce, Florida, this __ day _____ 2025.

_____
AILEEN M. CANNON
United States District Judge