UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

ALEKSEY TOVARIAN,
    Plaintiff,
v.                                CASE NO. 2:24-cv-14037-AMC
RUBIC, LLC,
    Defendant.
_____/

## JOINT NOTICE OF MEDIATION

Pursuant to this Court's Order Setting Trial, Setting Pretrial Deadlines and Referring Certain Matters to Magistrate Judge [DE 46], by and through the undersigned counsels and in agreement by all parties, hereby files this Joint Notice of Mediation in this case.

1. The parties have agreed for Christina Magee to serve as the mediator and the mediation will take place in person. The location will be determined at a later date.

2. Mediation is set for October 6, 2025, commencing at 1:00 p.m.

3. The deadline for mediation is October 12, 2025.

Respectfully submitted on this 16th day of April 2025.

| ARCADIER, BIGGIE & WOOD, PLLC | SLATER LEGAL PLLC |
|---|---|
| */s/ Joseph C. Wood, Esquire* | */s/ James M. Slater, Esquire* |
| Joseph C. Wood, Esquire | James M. Slater, Esquire |
| Attorney for Plaintiff | Attorney for Defendant |
| Fla. Bar #0093839 | Fla. Bar #111779 |
| 2815 W. New Haven Ave | 9000 Dadeland Blvd. #1500 |
| Melbourne, Fl 32904 | Miami, FL 33156 |
| Tel: 321-953-5998 | Tel: 305-523-9023 |
| office@ABWlegal.com | james@slater.legal |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the original of the foregoing was filed with the Clerk of Court by using the CM/ECF system, on this 16th day of April 2025. Counsel of Record for all parties will receive notice of the electronic filing.

                                        ARCADIER, BIGGIE & WOOD, PLLC

                                        */s/ Joseph C. Wood, Esquire*
                                        Joseph C. Wood, Esquire
                                        Florida Bar No.: 0093839
                                        2815 W. New Haven, Suite 304
                                        Melbourne, Florida 32904
                                        Primary Email: office@abwlegal.com
                                        Secondary Email:wood@abwlegal.com
                                        Phone: (321) 953-5998
                                        Fax: (321) 953-6075