UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

ALEKSEY TOVARIAN,
    Plaintiff,

v.                                CASE NO. 2:24-cv-14037-AMC

RUBIC, LLC,
    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Christina Magee on October 6, 2025, at 1:00pm in person at a location to be determined.

ENTERED this ___ day of April 2025.

                                                      _____
                                                      Aileen M. Cannon
                                                      U.S. District Judge

Copies furnished:

All counsel of record