UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

ALEKSEY TOVARIAN,
    Plaintiff,

v.                                 CASE NO. 2:24-cv-14037-AMC

RUBIC, LLC,
    Defendant.
_____/

### ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Christina Magee on October 6, 2025, at 1:00pm in person at 2815 W. New Haven Ave, Ste. 304, Melbourne, FL. 32904.

ENTERED this ___ day of April 2025.

                                                        _____
                                                        Aileen M. Cannon
                                                        U.S. District Judge

Copies furnished:

All counsel of record