**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 24-14037-CIV-CANNON/McCabe**

**ALEKSEY TOVARIAN**,

     Plaintiff,

v.

**RUBIC, LLC**,

     Defendant.

_____/

**ORDER SCHEDULING MEDIATION**
**AND SETTING ADDITIONAL REQUIREMENTS**

**THIS MATTER** comes before the Court upon the Joint Notice of Scheduling Mediation, filed on April 22, 2025 [ECF No. 54].  The mediation in this case shall be held in-person before Christina Magee on October 6, 2025, 1:00 P.M., at 2815 W. New Haven Ave. Ste. 304, Melbourne, Florida 32904.  The parties are reminded that a report of their mediation must be **filed by the parties** within **five (5) days** of mediation.  A mediation report filed by the mediator is insufficient to comply with this Order.  **The mediation report shall indicate when and where the mediation was conducted; the name of the mediator; who attended the mediation; whether the case settled (in full or in part); whether it was adjourned; or whether the mediator declared an impasse.  No changes to any aspect of this Order may be made absent a properly filed motion for such relief and Court approval**.  Furthermore, if the parties reach a full resolution of all outstanding claims in the action prior to the scheduled date of court-ordered mediation and thus wish to be relieved of the requirements of this Order, they shall file—**at least three business days before the scheduled mediation**—a joint motion to be excused from mediation along with a contemporaneously filed notice of settlement signed by counsel for all parties to the settlement.

CASE NO. 24-14037-CIV-CANNON/Maynard

Failure to comply with all aspects of this Order may result in sanctions, regardless of the status of the case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 23rd day of April 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record