UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 2:24-cv-14037-AMC

ALEKSEY TOVARIAN,

    Plaintiff,

RUBIC, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), all parties to this action hereby jointly stipulate to the dismissal of this lawsuit with prejudice, with each party to bear its own attorney's fees and costs.

Dated: May 23, 2025.

                                                      Respectfully submitted,

| **Joseph C. Wood** | **James M. Slater** |
|---|---|
| Joseph C. Wood (FBN 0093839) | James M. Slater (FBN 111779) |
| Arcadier, Biggie & Wood, PLLC | Slater Legal PLLC |
| 2815 W. New Haven, Suite 304 | 9000 Dadeland Blvd #1500 |
| Melbourne, Florida 32904 | Miami, Florida 33156 |
| Tel. (321) 953-5998 | james@slater.legal |
| office@abwlegal.com | Tel. (305) 523-9023 |
| wood@abwlegal.com | |
| | |
| *Attorneys for Plaintiff Aleksey Tovarian* | *Attorneys for Defendant Rubic, LLC and Kateryna Panova* |