UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14037-CIV-CANNON

**ALEKSEY TOVARIAN**,

    Plaintiff,

v.

**RUBIC, LLC.**

    Defendant.

_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the Joint Stipulation of Dismissal with Prejudice, filed on May 23, 2025 [ECF No. 58]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITH PREJUDICE**, effective May 23, 2025, the date on which the parties filed their Stipulation of Dismissal [ECF No. 58]. It is hereby **ORDERED AND ADJUDGED** as follows:

    The Clerk of Court is directed to **CLOSE** this case.

    **ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of May 2025.

                                           **AILEEN M. CANNON**
                                           **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record